B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The Mortgage Exchange, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA The Financial Exchange** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**36-3895801** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**233 S. Wacker Drive Suite 4950**<br>**Chicago, IL**<br>ZIP Code **60606** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [■] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [■] Other

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [■] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [■] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [■] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   *** Paul M. Bach 06209530 ***
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [■] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| B1 (Official Form 1)(1/08) | Page 2 |
|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **The Mortgage Exchange, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08) — Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**The Mortgage Exchange, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Paul M. Bach**
Signature of Attorney for Debtor(s)

**Paul M. Bach 06209530**
Printed Name of Attorney for Debtor(s)

**Bach Law Offices**
Firm Name

**1955 Shermer Road
Suite 150
Northbrook, IL 60062**
Address

**Email: paul@bachoffices.com
(847) 564-0808  Fax: (847) 564-0985**
Telephone Number

**July 7, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Joseph Aldeguer**
Signature of Authorized Individual

**Joseph Aldeguer**
Printed Name of Authorized Individual

**Presdient**
Title of Authorized Individual

**July 7, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**United States Bankruptcy Court**
**Northern District of Illinois**

In re  **The Mortgage Exchange, Inc.**                              Case No.
                          Debtor(s)                                  Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | |
    |---|---|
    | For legal services, I have agreed to accept | $ **0.00** |
    | Prior to the filing of this statement I have received | $ **0.00** |
    | Balance Due | $ **0.00** |

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ■  Debtor    ☐  Other (specify):

4. The source of compensation to be paid to me is:

    ■  Debtor    ☐  Other (specify):

5. ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **July  7, 2008**                            /s/ **Paul M. Bach**
                                                     **Paul M. Bach 06209530**
                                                     **Bach Law Offices**
                                                     **1955 Shermer Road**
                                                     **Suite 150**
                                                     **Northbrook, IL 60062**
                                                     **(847) 564-0808   Fax: (847) 564-0985**
                                                     **paul@bachoffices.com**

---

# United States Bankruptcy Court
**Northern District of Illinois**

In re  **The Mortgage Exchange, Inc.**                                                          Case No.
                                                    Debtor(s)                                    Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                **84**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **July  7, 2008**                              **/s/ Joseph Aldeguer**
                                                      **Joseph Aldeguer**/**Presdient**
                                                      Signer/Title

ABC Radio, Inc of Los Angeles
c/o Larence Law Firm
4818 Main St, Suite 1
Lisle, IL 60532


Admiral Mechanical Services
4150 Litt Dr
Melrose Park, IL 60161


Advanced Appraisal, LTD
910 Skokie Blvd
Suite 101
Northbrook, IL 60062


Allan Brachman
204
Palatine, IL 60067


Allen J. Brachman CPA
1 East Northwest Highway Suite 204
Palatine, IL 60067


Ameren Cilco
PO Box 66826
Saint Louis, MO 63166-6826


American Equity Investment
PO Box 71216
Des Moines, IA 50325


American Express
Box 0001
Los Angeles, CA 90096-0001


ANET Internet Solutions
75 Remittance Drive
Suite 2895
Chicago, IL 60675-2895


Answer Center America, Inc
5532 N. Broadway Avenue
Chicago, IL 60640

Appraisal Services Group
1013 E. Algonquin Rd
Suite 116
Schaumburg, IL 60173


Aramark Refreshment Services
1851 Howard St
Suite F
Elk Grove Village, IL 60007


Arch Telecom, Inc
210 Barton Sorings Rd
Suite 275
Austin, TX 78704


AT&T
PO Box 8100
Aurora, IL 60507


AT&T Yellow Pages
DEX-8519 Innovation Way
Chicago, IL 60682


Biehl & Biehl, Inc
PO Box 87410
Carol Stream, IL 60188-7410


Billing Solutions, Inc
PO Box 1136
Glenview, IL 60025


Campbell Real Estate Appraisals LTD
5510 N. Isabell Ave
Peoria, IL 61614


CDW Direct, LLC
PO Box 75723
Chicago, IL 60675-5723


Chicago Tribune
PO Box 8685
Chicago, IL 60680-8685

```
Cimco Communications, Inc
1901 S. Meyer Rd
Suite 700
Oakbrook Terrace, IL 60181


Coman & Anderson
2525 Cabot Dr
Suite 300
Lisle, IL 60532


Daily Herald
PO Box 6000
Carol Stream, IL 60197


Daniel J. Compan
Corman & Anderson Pc>
2525 Cabot Drive Suite 300
Lisle, IL 60532


David Gilfand
520 Lake Cook Road, Suite 310
Deerfield, IL 60015


David Moeller Appraiser
c/o Fleer, Moeller, Saunders & Asso
1102 Main St
Bloomington, IL 61701


Digital Printing, Inc
5005 Chase Avenue
Downers Grove, IL 60515


Expert Appraisals of Central Florid
PO Box 692623
Orlando, FL 32869


Fannie Mae



Gneil
PO Box 451179
Fort Lauderdale, FL 33345-1179
```

Goldman Sachs
233 S. Wacker Drive
Chicago, IL 60606


Goldman Sachs Attn Jamie Love
85 Broad Street
New York, NY 10004


Grimm Brothers
PO Box 9071
Peoria, IL 61612-9071


Highland Landmark
14360 Collections Center Dr
Chicago, IL 60693


HQ Global Workplaces
7380 Sand Ladke Rd
5th Floor
Bell, FL 32619


IDEARC
c/o McCArthy, Burgess & Wolff
26000 Cannon Rd
Cleveland, OH 44146


Ikon Financial Services
PO Box 9115
Macon, GA 31208-9115


IKON Financial Services
P.O. Box 9115
Macon, GA 31208


Ikon Office Solutions
PO Box 802815
Chicago, IL 60680-2815


Jill Moore


Joe Aldeguer

```
Jordon Ross & Rose
790 Frontage Rd
Suite 230
Northfield, IL 60093


KABC



KD Appraisals
25317 Federal Circle
Plainfield, IL 60544


Landameruca Credit Services
2 Concorse Pkwy, Suite 400
Atlanta, GA 30328


Landsafe
PO Box 650530
Dallas, TX 75265


Mannion Appraisals
5533 W. 109th Street, Suite 103
Oak Lawn, IL 60453


MAS Appraisals
1581 W. 49th Street, #317
Dallas, TX 75265


Matons Wheatley Appraisals
1581 W. 49th Street
#316
Gainesville, FL 32604


MGB Appraisals
PO Box 278
Downers Grove, IL 60515


Morton Utilities
120 N. Main Street
Morton, IL 61550


MX Logic
120 N Main Street
Morton, IL 61550
```

```
Neopost
PO Box 45822
San Francisco, CA 94145


Omnilec
11939 MQNCHESTER rD
sUITE 300
Saint Louis, MO 63131


On Time Toner and Supplies
11939 Manchester Rd
Suite 270
Saint Louis, MO 63131


Prassas
C/O Couri and Couri
552 Lincoln Avenue
Winnetka, IL 60093


Premiere Global Services
PO Box 404351
San Francisco, CA 94145


Prestige Credit Servces
PO Box 648
Morton, IL 61550-2892


Regus
Los Angeles, CA 90045



Rentacrate
124 Prospect
Waltham, MA 02453


Rio Media
3611 Aquarius Dr
Huntington Beach, CA 92649


Scotpress Printing
5120 Thatcher Rd
Downers Grove, IL 60515
```

```
Staples
Dept 00-02245702
PO Box 6721
The Lakes, NV 88901


Szabo Associate, inc
3355 Lenox Rd NE
9th Floor
Atlanta, GA 30326-1332


TALX
1845 Borman Ct
Saint Louis, MO 63146


Tamco
Wells Fargo Financing
PO Box 6434
Carol Stream, IL 60197-6434


TG Unlimited
3851 McCormick Ave
Brookfield, IL 60513


Thaddues Cizma Consulting
126 Prairie
Westmont, IL 60559


The Chaet Kaplan Baim Firm
30 North LaSalle St
Suite 1520
Chicago, IL 60602


The Law Office of Jock H. Rottner
PO Box 10417
Chicago, IL 60610


The Print Shop
17 E. Center St
Sandwich, IL 60548


TJ Copy
PO Box 1078
Dundee, IL 60118
```

```
Toshiba
PO Box 740441
Atlanta, GA 30374-0441


Touchcom
23 Crosby Dr
Bedford, MA 01730


TransUnion
P.O. Box 99506
Chicago, IL 60693-9506


UPS
Lock Box 577
Carol Stream, IL 60132


US99-April
WUSN-FM 22521 Network PL
Chicago, IL 60673-7225


Vanguard Archives
Slot A-94
PO Bix 66973
Chicago, IL 60666


Verizon
PO Box 101956
Atlanta, GA 30392


Verizon
PO Box 25505
Lehigh Valley, PA 18002


Walid Joseph Tamair
Tamari & Bloomenthal LLC
Chicago, IL 60603


Who's Calling
po Box 3675
Cedar Rapids, IA 52404-3675


Whoi TV
500 N. Stewart Street
Creve Coeur, IL 61610
```

```
Yellowbook USA
6300 C Street
Cedar Rapids, IA 52404-7470
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  **The Mortgage Exchange, Inc.**                                                                                       Case No.

Debtor(s)                                                            Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **The Mortgage Exchange, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Jill Moore
2130 N. Clifton
Chicago, IL 60614**

**Joe Aldeguer
10 Star Lane
Barrington, IL 60010**

☐ None [*Check if applicable*]

| | |
|---|---|
| **July 7, 2008** | **/s/ Paul M. Bach** |
| Date | **Paul M. Bach 06209530** |
| | Signature of Attorney or Litigant |
| | Counsel for  **The Mortgage Exchange, Inc.** |
| | **Bach Law Offices** |
| | **1955 Shermer Road** |
| | **Suite 150** |
| | **Northbrook, IL 60062** |
| | **(847) 564-0808 Fax:(847) 564-0985** |
| | **paul@bachoffices.com** |