# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: THE MORTGAGE EXCHANGE, INC. § Case No. 08-17416-H
§
EXCHANGE, THE FINANCIAL §
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 07, 2008. The undersigned trustee was appointed on July 07, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     21,734.89

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 7,000.00 |
| Administrative expenses | 2,046.94 |
| Bank service fees | 963.27 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 11,724.68 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/28/2009 and the deadline for filing governmental claims was 01/03/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,923.49. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $604.52, for a total compensation of $604.52.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/04/2016    By: /s/EUGENE CRANE
                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 08-17416-H  **Trustee:** (330350) EUGENE CRANE
**Case Name:** THE MORTGAGE EXCHANGE, INC.  **Filed (f) or Converted (c):** 07/07/08 (f)
**§341(a) Meeting Date:** 08/04/08
**Period Ending:** 02/04/16  **Claims Bar Date:** 01/28/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Harris bank checking accounts (3) | 500.00 | 5,000.00 | | 4,725.06 | FA |
| 2 | Midwest Bank line of credit | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Art and decor at office | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4 | Pension Plans and Profit Sharing | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Interest in Real Estate Investment Group | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Accounts receivable - Ladner Second Mortgage | 7,500.00 | 7,500.00 | | 0.00 | FA |
| 7 | Current Active Clientele | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 8 | Various mortgage licenses | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Loan log of all clientele | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Office Supplies | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 11 | Office Equipment (computers etc) | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 12 | 2004 Hummer Automobile  (u) | 0.00 | 0.00 | | 17,000.00 | FA |
| 13 | Phone equipment - Alcatel system  (u) | Unknown | 100.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 9.83 | Unknown |
| 14 | **Assets   Totals** (Excluding unknown values) | **$17,000.00** | **$21,600.00** | | **$21,734.89** | **$0.00** |

**Major Activities Affecting Case Closing:**

09/01/15: Motion heard regarding abandonment of tangible assets; order was entered (dk)

06/30/15: Associated lawsuit attorney did forensic imaging found emails on server will investigate (dk)

 03/31/2015: Trustee in the Aldegueur (principal of TME) BK filed a report of no assets.  Will prepare this case for closing (dk)

12/31/2014: Investigation into the Financial Exchange continues (dk)

01/21/2016: Last Claim objection heard; TFR submitted to USTO for review (dk)

09/01/15: Motion heard regarding abandonment of tangible assets; order was entered (dk)

06/30/15: Associated lawsuit attorney did forensic imaging found emails on server will investigate (dk)

03/31/2015: Trustee in the Aldegueur (principal of TME) BK filed a report of no assets.  Will prepare this case for closing (dk)

12/31/2014: Investigation into the Financial Exchange continues (dk)

05/27/2014: Trustee needs to take a 2004 examination of the principal.  The Trustee in the Aldeguer case, Karen Goodman,  have agreed with the UST to keep this case open and take a 2004 exam of the principal, Joseph Aldeguer, as previously stated.

04/30/2014: Joseph Aldeguer, principal of Mortgage Exchange, filed personal bk; will confer with Karen Goodman about 2004 exams to discover undisclosed assets.(dk)

Trustee filed a motion to extend time to object to discharge in that case and also requested to be added as a creditor.

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 08-17416-H  **Trustee:** (330350) EUGENE CRANE
**Case Name:** THE MORTGAGE EXCHANGE, INC.  **Filed (f) or Converted (c):** 07/07/08 (f)
  **§341(a) Meeting Date:** 08/04/08
**Period Ending:** 02/04/16  **Claims Bar Date:** 01/28/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

02/25/2014: Bank funds from Harris bank to be turned over to Trustee. After receipt will close case (dk)
12/30/2013: There is no value for domain name, will abandon (dk)
03/31/2013: There may be a buyer for runawaybeach club domain name etc. (dk)
06/15: File MT to destroy books and records; following up on credit card and bank accounts still open

05/30/11: Forensic research continues.
12/30/10: Forensic research re: possible double books on servers (dk)
03/21/2009: Debtor's vehicle and other property sold at auction (dk)
02/19/2009: Don Dodge hired by order of court to conduct sale of assets.
01/19/2009: Looking for buyer for Debtor's Hummer and servers.
11/23/2008: Ltr sent to Harris Bank for turnover funds; called Debtor's atty for info on bank accounts

Subpoena's sent for insurance information to be rec'd by 11/3.

**Initial Projected Date Of Final Report (TFR):**   February 28, 2010    **Current Projected Date Of Final Report (TFR):**   December 31, 2015

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-17416-H  
**Case Name:** THE MORTGAGE EXCHANGE, INC.

**Taxpayer ID #:** **-***5801  
**Period Ending:** 02/04/16

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****30-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/03/09 | {12} | American Auction Associates, Inc. | Proceeds from sale of Hummer automobile | 1229-000 | 17,000.00 | | 17,000.00 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.55 | | 17,000.55 |
| 05/13/09 | 1001 | American Auction Associates, Inc. | Reimbursement of Expenses for Auction Sale of Hummer Automobile | 3620-000 | | 853.89 | 16,146.66 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.66 | | 16,147.32 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 16,148.02 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.68 | | 16,148.70 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.68 | | 16,149.38 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.65 | | 16,150.03 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.65 | | 16,150.68 |
| 11/03/09 | 1002 | Vanguard Archives LLC | Reimbursement for Destruction of Books and Records per court order | 4220-000 | | 7,000.00 | 9,150.68 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.48 | | 9,151.16 |
| 12/09/09 | 1003 | Maureen Hayes Phillips | ASSET ANALYSIS & RECOVERY | 3731-000 | | 550.00 | 8,601.16 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 8,601.53 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.33 | | 8,601.86 |
| 02/08/10 | 1004 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2009 FOR CASE #08-17416, Bond #016026455 | 2300-000 | | 9.40 | 8,592.46 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 8,592.78 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 8,593.16 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.05 | | 8,593.21 |
| 04/06/10 | | Wire out to BNYM account **********3065 | Wire out to BNYM account **********3065 | 9999-000 | -8,593.21 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,413.29 | 8,413.29 | $0.00 |
| | | | Less: Bank Transfers | | -8,593.21 | 0.00 | |
| | | | **Subtotal** | | 17,006.50 | 8,413.29 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$17,006.50** | **$8,413.29** | |

{} Asset reference(s)

Printed: 02/04/2016 03:17 PM  V.13.25

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-17416-H  
**Case Name:** THE MORTGAGE EXCHANGE, INC.  

**Taxpayer ID #:** **-***5801  
**Period Ending:** 02/04/16  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******30-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3065 | Wire in from JPMorgan Chase Bank, N.A. account ********3065 | 9999-000 | 8,593.21 | | 8,593.21 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.41 | | 8,593.62 |
| 05/10/10 | 11005 | American Auction Associates, Inc. | Payment of Expenses - move out computer | 3620-000 | | 599.08 | 7,994.54 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.49 | | 7,995.03 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.46 | | 7,995.49 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.48 | | 7,995.97 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.47 | | 7,996.44 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,996.50 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,996.56 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,996.62 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,996.68 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,996.74 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,996.80 |
| 02/28/11 | 11006 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #08-17416, ~ Blanket Bond #016026455 | 2300-000 | | ! 6.40 | 7,990.40 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,990.46 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,990.52 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,990.58 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,990.64 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,990.70 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 12.59 | 7,978.11 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,978.17 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,953.17 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,953.23 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,928.23 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,928.29 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,903.29 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,903.35 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,878.35 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,878.41 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,853.41 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,853.47 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,828.47 |
| 02/28/12 | 11007 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE | 2300-000 | | 6.38 | 7,822.09 |

Subtotals :   $8,596.54   $774.45

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 02/04/2016 03:17 PM   V.13.25

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 08-17416-H  
**Case Name:** THE MORTGAGE EXCHANGE, INC.

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******30-65 - Checking Account

**Taxpayer ID #:** **-***5801  
**Period Ending:** 02/04/16

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #08-17416, Blanket Bond Premium; Bond #016026455 | | | | |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,797.09 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,772.09 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,747.09 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,722.09 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,697.09 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,672.09 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,647.09 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,622.09 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,597.09 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,572.09 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,547.09 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033035088 20130103 | 9999-000 | | 7,547.09 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,596.54 | 8,596.54 | $0.00 |
| | | | Less: Bank Transfers | | 8,593.21 | 7,547.09 | |
| | | | **Subtotal** | | 3.33 | 1,049.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3.33** | **$1,049.45** | |

{} Asset reference(s)

Printed: 02/04/2016 03:17 PM    V.13.25

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 08-17416-H  
**Case Name:** THE MORTGAGE EXCHANGE, INC.  
**Taxpayer ID #:** **-***5801  
**Period Ending:** 02/04/16  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0565 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 7,547.09 | | 7,547.09 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.57 | 7,535.52 |
| 02/07/13 | 21008 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #08-17416, Blanket Bond Premium, Bond # 016026455 | 2300-000 | | 6.58 | 7,528.94 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.10 | 7,518.84 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.45 | 7,508.39 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.51 | 7,496.88 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.14 | 7,485.74 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.04 | 7,475.70 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.82 | 7,463.88 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.73 | 7,453.15 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.36 | 7,442.79 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.77 | 7,431.02 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,421.02 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.74 | 7,409.28 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.01 | 7,398.27 |
| 02/05/14 | 21009 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2013 FOR CASE #08-17416, Blanket Bond Premium, Bond#016026455 | 2300-000 | | 6.81 | 7,391.46 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,381.46 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.26 | 7,371.20 |
| 04/11/14 | {1} | BMO Harris Bank | Liquidation of Harris Bank Accounts | 1129-000 | 4,725.06 | | 12,096.26 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.93 | 12,081.33 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.37 | 12,063.96 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.77 | 12,047.19 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.06 | 12,028.13 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.72 | 12,011.41 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.42 | 11,992.99 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.82 | 11,975.17 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.50 | 11,959.67 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.49 | 11,940.18 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.17 | 11,923.01 |
| 02/19/15 | 21010 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON BANK | 2300-000 | | 8.40 | 11,914.61 |

Subtotals : $12,272.15  $357.54

{} Asset reference(s)

Printed: 02/04/2016 03:17 PM V.13.25

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 08-17416-H  
**Case Name:** THE MORTGAGE EXCHANGE, INC.  

**Taxpayer ID #:** **-***5801  
**Period Ending:** 02/04/16

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0565 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 12/31/2014 FOR CASE #08-17416, Bond # 10BSBGR6291 | | | | |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.00 | 11,898.61 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.25 | 11,880.36 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.08 | 11,863.28 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.49 | 11,846.79 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.17 | 11,828.62 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.58 | 11,811.04 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.41 | 11,794.63 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.09 | 11,776.54 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.93 | 11,759.61 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.35 | 11,743.26 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.58 | 11,724.68 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 12,272.15 | 547.47 | **$11,724.68** |
| Less: Bank Transfers | 7,547.09 | 0.00 | |
| **Subtotal** | 4,725.06 | 547.47 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,725.06** | **$547.47** | |

Net Receipts : 21,734.89  
_____  
Net Estate : $21,734.89

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****30-65 | 17,006.50 | 8,413.29 | 0.00 |
| Checking # ****-******30-65 | 3.33 | 1,049.45 | 0.00 |
| Checking # ******0565 | 4,725.06 | 547.47 | 11,724.68 |
| | $21,734.89 | $10,010.21 | $11,724.68 |

{} Asset reference(s)            Printed: 02/04/2016 03:17 PM    V.13.25

# Claims Proposed Distribution

### Case:  08-17416-H   THE MORTGAGE EXCHANGE, INC.

**Case Balance:**  $11,724.68     **Total Proposed Payment:**  $11,724.68     **Remaining Balance:**  $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---:|---:|---:|---:|---:|---:|
|  | Popowcer Katten, Ltd. | Admin Ch. 7 | 3,813.00 | 3,813.00 | 0.00 | 3,813.00 | 3,813.00 | 7,911.68 |
|  | <3410-00   Accountant for Trustee Fees (Other Firm)> | | | | | | | |
|  | Crane, Heyman, Simon, Welch & Clar | Admin Ch. 7 | 1,090.70 | 1,090.70 | 0.00 | 1,090.70 | 225.53 | 7,686.15 |
|  | <3120-00   Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
|  | Crane, Heyman, Simon, Welch & Clar | Admin Ch. 7 | 34,247.50 | 34,247.50 | 0.00 | 34,247.50 | 7,081.63 | 604.52 |
|  | <3110-00   Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
|  | EUGENE CRANE | Admin Ch. 7 | 2,923.49 | 2,923.49 | 0.00 | 2,923.49 | 604.52 | 0.00 |
|  | <2100-00   Trustee Compensation> | | | | | | | |
| 1 | Anthony Crowe | Priority | 500.00 | 500.00 | 0.00 | 500.00 | 0.00 | 0.00 |
| 3 | Debra A. Merijohn | Priority | 7,000.00 | 7,000.00 | 0.00 | 7,000.00 | 0.00 | 0.00 |
| 76 | Debra A. Merijohn | Priority | 5,419.75 | 5,419.75 | 0.00 | 5,419.75 | 0.00 | 0.00 |
| 82P | Illinois Department of Revenue | Priority | 8.83 | 8.83 | 0.00 | 8.83 | 0.00 | 0.00 |
| 2 | Wells Fargo Financial Leasing, Inc. | Unsecured | 291,746.05 | 291,746.05 | 0.00 | 291,746.05 | 0.00 | 0.00 |
| 4 | CDW Corporation | Unsecured | 3,192.48 | 3,192.48 | 0.00 | 3,192.48 | 0.00 | 0.00 |
| 5 | Verizon Select Services, Inc. | Unsecured | 45,893.82 | 45,893.82 | 0.00 | 45,893.82 | 0.00 | 0.00 |
| 6 | Expert Appraisals of Central Fl., Inc. | Unsecured | 32,550.00 | 32,550.00 | 0.00 | 32,550.00 | 0.00 | 0.00 |
| 7 | On Time Toner and Supplies | Unsecured | 1,528.53 | 1,528.53 | 0.00 | 1,528.53 | 0.00 | 0.00 |
| 8 | David Moeller Appraiser | Unsecured | 275.00 | 275.00 | 0.00 | 275.00 | 0.00 | 0.00 |
| 9 | AmerenCILCO | Unsecured | 178.69 | 178.69 | 0.00 | 178.69 | 0.00 | 0.00 |
| 10 | Cimco Communications, Inc | Unsecured | 25,688.68 | 25,688.68 | 0.00 | 25,688.68 | 0.00 | 0.00 |
| 11 | Admiral Mechanical Services | Unsecured | 5,083.92 | 5,083.92 | 0.00 | 5,083.92 | 0.00 | 0.00 |
| 12 | Glen Ellyn Storage Corporation | Unsecured | 28,475.25 | 28,475.25 | 0.00 | 28,475.25 | 0.00 | 0.00 |
| 13 | Jordon Ross & Rose | Unsecured | 39,683.96 | 39,683.96 | 0.00 | 39,683.96 | 0.00 | 0.00 |
| 14 | American Express Bank FSB | Unsecured | 40,753.31 | 40,753.31 | 0.00 | 40,753.31 | 0.00 | 0.00 |
| 15 | Digital Printing, Inc | Unsecured | 3,780.10 | 3,780.10 | 0.00 | 3,780.10 | 0.00 | 0.00 |
| 16 | James Taylor | Unsecured | 328,274.00 | 328,274.00 | 0.00 | 328,274.00 | 0.00 | 0.00 |
| 17 | Perry & June Taylor | Unsecured | 332,732.00 | 332,732.00 | 0.00 | 332,732.00 | 0.00 | 0.00 |
| 18 | Amy & John Taillon | Unsecured | 245,760.00 | 245,760.00 | 0.00 | 245,760.00 | 0.00 | 0.00 |
| 19 | Sasha K. Spinner | Unsecured | 368,703.00 | 368,703.00 | 0.00 | 368,703.00 | 0.00 | 0.00 |
| 20 | Donald L. Skrip | Unsecured | 367,203.00 | 367,203.00 | 0.00 | 367,203.00 | 0.00 | 0.00 |
| 21 | Series Legacy Dunes of the Wick Inv. | Unsecured | 328,742.00 | 328,742.00 | 0.00 | 328,742.00 | 0.00 | 0.00 |

# Claims Proposed Distribution

## Case: 08-17416-H   THE MORTGAGE EXCHANGE, INC.

**Case Balance:** $11,724.68    **Total Proposed Payment:** $11,724.68    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 22 | Series Dunes Investment of the PML | Unsecured | 293,385.00 | 293,385.00 | 0.00 | 293,385.00 | 0.00 | 0.00 |
| 23 | John J. Scurek & Mary Ellen Scurek | Unsecured | 323,274.00 | 323,274.00 | 0.00 | 323,274.00 | 0.00 | 0.00 |
| 24 | James J. Ritchhart | Unsecured | 320,774.00 | 320,774.00 | 0.00 | 320,774.00 | 0.00 | 0.00 |
| 25 | Donald L. & Ida Racquet | Unsecured | 636,549.00 | 636,549.00 | 0.00 | 636,549.00 | 0.00 | 0.00 |
| 26 | Richard W. & Shirley K. Pratt | Unsecured | 244,260.00 | 244,260.00 | 0.00 | 244,260.00 | 0.00 | 0.00 |
| 27 | Charles F. & Mary T. Wirth | Unsecured | 649,712.00 | 649,712.00 | 0.00 | 649,712.00 | 0.00 | 0.00 |
| 28 | Nobert Mandrek | Unsecured | 318,030.00 | 318,030.00 | 0.00 | 318,030.00 | 0.00 | 0.00 |
| 29 | Joseph L. & Karen M. Lubomski | Unsecured | 820,442.00 | 820,442.00 | 0.00 | 820,442.00 | 0.00 | 0.00 |
| 30 | Danuta & Tadeusz Katny | Unsecured | 360,935.00 | 360,935.00 | 0.00 | 360,935.00 | 0.00 | 0.00 |
| 31 | Thomas P. & Rita M. Kelly | Unsecured | 341,800.00 | 341,800.00 | 0.00 | 341,800.00 | 0.00 | 0.00 |
| 32 | Steven P. Kelly | Unsecured | 334,232.00 | 334,232.00 | 0.00 | 334,232.00 | 0.00 | 0.00 |
| 33 | Terry & Darlene Koeller | Unsecured | 367,203.00 | 367,203.00 | 0.00 | 367,203.00 | 0.00 | 0.00 |
| 34 | Alan C. Lovell | Unsecured | 379,703.00 | 379,703.00 | 0.00 | 379,703.00 | 0.00 | 0.00 |
| 35 | Michael & Teresa Johnson | Unsecured | 328,742.00 | 328,742.00 | 0.00 | 328,742.00 | 0.00 | 0.00 |
| 36 | James W. Fetzner Trust and | Unsecured | 312,930.00 | 312,930.00 | 0.00 | 312,930.00 | 0.00 | 0.00 |
| 37 | Peter & Amy Horn | Unsecured | 774,700.00 | 774,700.00 | 0.00 | 774,700.00 | 0.00 | 0.00 |
| 38 | Darlyen Hess | Unsecured | 874,680.00 | 874,680.00 | 0.00 | 874,680.00 | 0.00 | 0.00 |
| 39 | Jerome L. Harper | Unsecured | 235,900.00 | 235,900.00 | 0.00 | 235,900.00 | 0.00 | 0.00 |
| 40 | Sandra Griggs | Unsecured | 335,232.00 | 335,232.00 | 0.00 | 335,232.00 | 0.00 | 0.00 |
| 41 | Carl Gartland | Unsecured | 226,287.00 | 226,287.00 | 0.00 | 226,287.00 | 0.00 | 0.00 |
| 42 | Paul F. & Janet K. Fuscoe | Unsecured | 289,385.00 | 289,385.00 | 0.00 | 289,385.00 | 0.00 | 0.00 |
| 43 | Jason W. & Angela L. Evans | Unsecured | 272,500.00 | 272,500.00 | 0.00 | 272,500.00 | 0.00 | 0.00 |
| 44 | Roaslie E. Elkin | Unsecured | 226,287.00 | 226,287.00 | 0.00 | 226,287.00 | 0.00 | 0.00 |
| 45 | William G. & Beverly K. Ehlebracht | Unsecured | 312,930.00 | 312,930.00 | 0.00 | 312,930.00 | 0.00 | 0.00 |
| 46 | Douglas M. Holle Trust and Douglas | Unsecured | 312,930.00 | 312,930.00 | 0.00 | 312,930.00 | 0.00 | 0.00 |
| 47 | Robert J. & Maribeth P. Devereaux | Unsecured | 312,930.00 | 312,930.00 | 0.00 | 312,930.00 | 0.00 | 0.00 |
| 48 | Maryann Zaborsky | Unsecured | 370,115.00 | 370,115.00 | 0.00 | 370,115.00 | 0.00 | 0.00 |
| 49 | George & Vivienne R. Taylor | Unsecured | 289,385.00 | 289,385.00 | 0.00 | 289,385.00 | 0.00 | 0.00 |
| 50 | Helen Wilkinson | Unsecured | 384,703.00 | 384,703.00 | 0.00 | 384,703.00 | 0.00 | 0.00 |
| 51 | Paul E. & Ryuko Charapata | Unsecured | 406,315.00 | 406,315.00 | 0.00 | 406,315.00 | 0.00 | 0.00 |
| 52 | Ronald K. & Melinda E. Cockrum | Unsecured | 342,732.00 | 342,732.00 | 0.00 | 342,732.00 | 0.00 | 0.00 |

# Claims Proposed Distribution

## Case: 08-17416-H   THE MORTGAGE EXCHANGE, INC.

**Case Balance:** $11,724.68    **Total Proposed Payment:** $11,724.68    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---:|---:|---:|---:|---:|---:|
| 53 | Conrad Joseph Properties, Ltd. and | Unsecured | 377,300.00 | 377,300.00 | 0.00 | 377,300.00 | 0.00 | 0.00 |
| 54 | David J. Coyne | Unsecured | 680,464.00 | 680,464.00 | 0.00 | 680,464.00 | 0.00 | 0.00 |
| 55 | Doug Hart and DAD Assoc., Ltd. | Unsecured | 645,662.00 | 645,662.00 | 0.00 | 645,662.00 | 0.00 | 0.00 |
| 56 | Jim & Laurie Denning | Unsecured | 367,203.00 | 367,203.00 | 0.00 | 367,203.00 | 0.00 | 0.00 |
| 57 | Dennis & Cindy Dangerfield | Unsecured | 330,397.00 | 330,397.00 | 0.00 | 330,397.00 | 0.00 | 0.00 |
| 58 | Carl E. & Valerie A. Byer | Unsecured | 369,703.00 | 369,703.00 | 0.00 | 369,703.00 | 0.00 | 0.00 |
| 59 | Janina Cap | Unsecured | 315,480.00 | 315,480.00 | 0.00 | 315,480.00 | 0.00 | 0.00 |
| 60 | Daniel & Andrea Bonkowski | Unsecured | 332,732.00 | 332,732.00 | 0.00 | 332,732.00 | 0.00 | 0.00 |
| 61 | Margaret & Wayne Bartels & Trust # 301 | Unsecured | 369,703.00 | 369,703.00 | 0.00 | 369,703.00 | 0.00 | 0.00 |
| 62 | Javed & Darlene Aslam | Unsecured | 332,732.00 | 332,732.00 | 0.00 | 332,732.00 | 0.00 | 0.00 |
| 63 | Shirley M. & Ron Austin | Unsecured | 285,885.00 | 285,885.00 | 0.00 | 285,885.00 | 0.00 | 0.00 |
| 64 | Molia Anam | Unsecured | 286,885.00 | 286,885.00 | 0.00 | 286,885.00 | 0.00 | 0.00 |
| 65 | AnnaMarie Alunni | Unsecured | 227,787.00 | 227,787.00 | 0.00 | 227,787.00 | 0.00 | 0.00 |
| 66 | William S. Arnieri, Art Horn & | Unsecured | 403,900.00 | 403,900.00 | 0.00 | 403,900.00 | 0.00 | 0.00 |
| 67 | WHOI-TV (8293) | Unsecured | 2,240.00 | 2,240.00 | 0.00 | 2,240.00 | 0.00 | 0.00 |
| 68 | Albert A. & Connie Alunni | Unsecured | 563,000.00 | 563,000.00 | 0.00 | 563,000.00 | 0.00 | 0.00 |
| 69 | Frank & Stephanie Pisterzi | Unsecured | 630,200.00 | 630,200.00 | 0.00 | 630,200.00 | 0.00 | 0.00 |
| 70 | Keith D. & Lisa M. Olinger | Unsecured | 792,630.00 | 792,630.00 | 0.00 | 792,630.00 | 0.00 | 0.00 |
| 71 | Edith Marie Moran | Unsecured | 328,867.00 | 328,867.00 | 0.00 | 328,867.00 | 0.00 | 0.00 |
| 72 | James Marszalek | Unsecured | 329,800.00 | 329,800.00 | 0.00 | 329,800.00 | 0.00 | 0.00 |
| 73 | CBS RADIO INC. OF CHICAGO | Unsecured | 79,675.00 | 79,675.00 | 0.00 | 79,675.00 | 0.00 | 0.00 |
| 74 | Vanguard Archives LLC | Unsecured | 4,898.58 | 4,898.58 | 0.00 | 4,898.58 | 0.00 | 0.00 |
| 75 | IKON Financial Services | Unsecured | 34,323.66 | 34,323.66 | 0.00 | 34,323.66 | 0.00 | 0.00 |
| 77 | Prassas | Unsecured | 29,982.10 | 29,982.10 | 0.00 | 29,982.10 | 0.00 | 0.00 |
| 78 | Mark Baron C/O | Unsecured | 3,750.00 | 3,750.00 | 0.00 | 3,750.00 | 0.00 | 0.00 |
| | **Claim Memo:** Amended by Creditor 12/10/2015 to unsecured from secured | | | | | | | |
| 79 | National Union Fire Insurance Co. | Unsecured | 35,614.00 | 35,614.00 | 0.00 | 35,614.00 | 0.00 | 0.00 |
| | **Claim Memo:** Allowed as unsecured claim per Court Order 01/20/2016 | | | | | | | |
| 80 | Jill Moore | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 81 | ABC Radio, Inc. of LA | Unsecured | 56,100.00 | 56,100.00 | 0.00 | 56,100.00 | 0.00 | 0.00 |
| 82U | Illinois Department of Revenue | Unsecured | 179.14 | 179.14 | 0.00 | 179.14 | 0.00 | 0.00 |

# Claims Proposed Distribution

## Case:  08-17416-H   THE MORTGAGE EXCHANGE, INC.

| **Case Balance:** $11,724.68 | **Total Proposed Payment:** $11,724.68 | **Remaining Balance:** $0.00 |
|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | **Total for Case 08-17416 :** | | $22,761,321.54 | $22,761,321.54 | $0.00 | $22,761,321.54 | $11,724.68 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $42,074.69 | $42,074.69 | $0.00 | $11,724.68 | 27.866349% |
| **Total Priority Claims :** | $12,928.58 | $12,928.58 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $22,706,318.27 | $22,706,318.27 | $0.00 | $0.00 | 0.000000% |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 08-17416-H
Case Name: THE MORTGAGE EXCHANGE, INC.
Trustee Name: EUGENE CRANE

**Balance on hand:** $ 11,724.68

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 11,724.68

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 2,923.49 | 0.00 | 604.52 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 34,247.50 | 0.00 | 7,081.63 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 1,090.70 | 0.00 | 225.53 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 3,813.00 | 0.00 | 3,813.00 |

Total to be paid for chapter 7 administration expenses: $ 11,724.68
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $12,928.58 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Anthony Crowe | 500.00 | 0.00 | 0.00 |
| 3 | Debra A. Merijohn | 7,000.00 | 0.00 | 0.00 |
| 76 | Debra A. Merijohn | 5,419.75 | 0.00 | 0.00 |
| 82P | Illinois Department of Revenue | 8.83 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,650,039.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | Wells Fargo Financial Leasing, Inc. | 291,746.05 | 0.00 | 0.00 |
| 4 | CDW Corporation | 3,192.48 | 0.00 | 0.00 |
| 5 | Verizon Select Services, Inc. | 45,893.82 | 0.00 | 0.00 |
| 6 | Expert Appraisals of Central Fl., Inc. | 32,550.00 | 0.00 | 0.00 |
| 7 | On Time Toner and Supplies | 1,528.53 | 0.00 | 0.00 |
| 8 | David Moeller Appraiser | 275.00 | 0.00 | 0.00 |
| 9 | AmerenCILCO | 178.69 | 0.00 | 0.00 |
| 10 | Cimco Communications, Inc | 25,688.68 | 0.00 | 0.00 |
| 11 | Admiral Mechanical Services | 5,083.92 | 0.00 | 0.00 |
| 12 | Glen Ellyn Storage Corporation | 28,475.25 | 0.00 | 0.00 |
| 13 | Jordon Ross & Rose | 39,683.96 | 0.00 | 0.00 |
| 14 | American Express Bank FSB | 40,753.31 | 0.00 | 0.00 |
| 15 | Digital Printing, Inc | 3,780.10 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---|---|---|
| 16 | James Taylor | 328,274.00 | 0.00 | 0.00 |
| 17 | Perry & June Taylor | 332,732.00 | 0.00 | 0.00 |
| 18 | Amy & John Taillon | 245,760.00 | 0.00 | 0.00 |
| 19 | Sasha K. Spinner | 368,703.00 | 0.00 | 0.00 |
| 20 | Donald L. Skrip | 367,203.00 | 0.00 | 0.00 |
| 21 | Series Legacy Dunes of the Wick Inv. | 328,742.00 | 0.00 | 0.00 |
| 22 | Series Dunes Investment of the PML | 293,385.00 | 0.00 | 0.00 |
| 23 | John J. Scurek & Mary Ellen Scurek | 323,274.00 | 0.00 | 0.00 |
| 24 | James J. Ritchhart | 320,774.00 | 0.00 | 0.00 |
| 25 | Donald L. & Ida Racquet | 636,549.00 | 0.00 | 0.00 |
| 26 | Richard W. & Shirley K. Pratt | 244,260.00 | 0.00 | 0.00 |
| 27 | Charles F. & Mary T. Wirth | 649,712.00 | 0.00 | 0.00 |
| 28 | Nobert Mandrek | 318,030.00 | 0.00 | 0.00 |
| 29 | Joseph L. & Karen M. Lubomski | 820,442.00 | 0.00 | 0.00 |
| 30 | Danuta & Tadeusz Katny | 360,935.00 | 0.00 | 0.00 |
| 31 | Thomas P. & Rita M. Kelly | 341,800.00 | 0.00 | 0.00 |
| 32 | Steven P. Kelly | 334,232.00 | 0.00 | 0.00 |
| 33 | Terry & Darlene Koeller | 367,203.00 | 0.00 | 0.00 |
| 34 | Alan C. Lovell | 379,703.00 | 0.00 | 0.00 |
| 35 | Michael & Teresa Johnson | 328,742.00 | 0.00 | 0.00 |
| 36 | James W. Fetzner Trust and | 312,930.00 | 0.00 | 0.00 |
| 37 | Peter & Amy Horn | 774,700.00 | 0.00 | 0.00 |
| 38 | Darlyen Hess | 874,680.00 | 0.00 | 0.00 |
| 39 | Jerome L. Harper | 235,900.00 | 0.00 | 0.00 |
| 40 | Sandra Griggs | 335,232.00 | 0.00 | 0.00 |
| 41 | Carl Gartland | 226,287.00 | 0.00 | 0.00 |
| 42 | Paul F. & Janet K. Fuscoe | 289,385.00 | 0.00 | 0.00 |
| 43 | Jason W. & Angela L. Evans | 272,500.00 | 0.00 | 0.00 |
| 44 | Roaslie E. Elkin | 226,287.00 | 0.00 | 0.00 |
| 45 | William G. & Beverly K. Ehlebracht | 312,930.00 | 0.00 | 0.00 |
| 46 | Douglas M. Holle Trust and Douglas | 312,930.00 | 0.00 | 0.00 |
| 47 | Robert J. & Maribeth P. Devereaux | 312,930.00 | 0.00 | 0.00 |
| 48 | Maryann Zaborsky | 370,115.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---|---|---|
| 49 | George & Vivienne R. Taylor | 289,385.00 | 0.00 | 0.00 |
| 50 | Helen Wilkinson | 384,703.00 | 0.00 | 0.00 |
| 51 | Paul E. & Ryuko Charapata | 406,315.00 | 0.00 | 0.00 |
| 52 | Ronald K. & Melinda E. Cockrum | 342,732.00 | 0.00 | 0.00 |
| 53 | Conrad Joseph Properties, Ltd. and | 377,300.00 | 0.00 | 0.00 |
| 54 | David J. Coyne | 680,464.00 | 0.00 | 0.00 |
| 55 | Doug Hart and DAD Assoc., Ltd. | 645,662.00 | 0.00 | 0.00 |
| 56 | Jim & Laurie Denning | 367,203.00 | 0.00 | 0.00 |
| 57 | Dennis & Cindy Dangerfield | 330,397.00 | 0.00 | 0.00 |
| 58 | Carl E. & Valerie A. Byer | 369,703.00 | 0.00 | 0.00 |
| 59 | Janina Cap | 315,480.00 | 0.00 | 0.00 |
| 60 | Daniel & Andrea Bonkowski | 332,732.00 | 0.00 | 0.00 |
| 61 | Margaret & Wayne Bartels & Trust # 301 | 369,703.00 | 0.00 | 0.00 |
| 62 | Javed & Darlene Aslam | 332,732.00 | 0.00 | 0.00 |
| 63 | Shirley M. & Ron Austin | 285,885.00 | 0.00 | 0.00 |
| 64 | Molia Anam | 286,885.00 | 0.00 | 0.00 |
| 65 | AnnaMarie Alunni | 227,787.00 | 0.00 | 0.00 |
| 66 | William S. Arnieri, Art Horn & | 403,900.00 | 0.00 | 0.00 |
| 67 | WHOI-TV (8293) | 2,240.00 | 0.00 | 0.00 |
| 68 | Albert A. & Connie Alunni | 563,000.00 | 0.00 | 0.00 |
| 69 | Frank & Stephanie Pisterzi | 630,200.00 | 0.00 | 0.00 |
| 70 | Keith D. & Lisa M. Olinger | 792,630.00 | 0.00 | 0.00 |
| 71 | Edith Marie Moran | 328,867.00 | 0.00 | 0.00 |
| 72 | James Marszalek | 329,800.00 | 0.00 | 0.00 |
| 73 | CBS RADIO INC. OF CHICAGO | 79,675.00 | 0.00 | 0.00 |
| 74 | Vanguard Archives LLC | 4,898.58 | 0.00 | 0.00 |
| 75 | IKON Financial Services | 34,323.66 | 0.00 | 0.00 |
| 77 | Prassas | 29,982.10 | 0.00 | 0.00 |
| 78 | Mark Baron C/O | 3,750.00 | 0.00 | 0.00 |
| 79 | National Union Fire Insurance Co. | 35,614.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $              0.00
Remaining balance:   $              0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 56,279.14 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 80 | Jill Moore | 0.00 | 0.00 | 0.00 |
| 81 | ABC Radio, Inc. of LA | 56,100.00 | 0.00 | 0.00 |
| 82U | Illinois Department of Revenue | 179.14 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**