**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In re: | THE MORTGAGE EXCHANGE, INC. | § | Case No. 08-17416-H |
| | EXCHANGE, THE FINANCIAL | § | |
| Debtor(s) | | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>EUGENE CRANE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 03/17/2016 in Courtroom 680, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/10/2016     By:   /s/Eugene Crane
                                  Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: THE MORTGAGE EXCHANGE, INC. | § | Case No. 08-17416-H |
| | § | |
| EXCHANGE, THE FINANCIAL | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 21,734.89 |
| *and approved disbursements of* | $ 10,010.21 |
| *leaving a balance on hand of* [1] | $ 11,724.68 |
| **Balance on hand:** | $ 11,724.68 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 11,724.68 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 2,923.49 | 0.00 | 604.52 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 34,247.50 | 0.00 | 7,081.63 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 1,090.70 | 0.00 | 225.53 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 3,813.00 | 0.00 | 3,813.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 11,724.68 |
| Remaining balance: | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $     0.00
Remaining balance:   $     0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $12,928.58 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Anthony Crowe | 500.00 | 0.00 | 0.00 |
| 3 | Debra A. Merijohn | 7,000.00 | 0.00 | 0.00 |
| 76 | Debra A. Merijohn | 5,419.75 | 0.00 | 0.00 |
| 82P | Illinois Department of Revenue | 8.83 | 0.00 | 0.00 |

Total to be paid for priority claims:   $     0.00
Remaining balance:   $     0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,650,039.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Wells Fargo Financial Leasing, Inc. | 291,746.05 | 0.00 | 0.00 |
| 4 | CDW Corporation | 3,192.48 | 0.00 | 0.00 |
| 5 | Verizon Select Services, Inc. | 45,893.82 | 0.00 | 0.00 |
| 6 | Expert Appraisals of Central Fl., Inc. | 32,550.00 | 0.00 | 0.00 |
| 7 | On Time Toner and Supplies | 1,528.53 | 0.00 | 0.00 |
| 8 | David Moeller Appraiser | 275.00 | 0.00 | 0.00 |
| 9 | AmerenCILCO | 178.69 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 10 | Cimco Communications, Inc | 29,688.68 | 0.00 | 0.00 |
| 11 | Admiral Mechanical Services | 5,083.92 | 0.00 | 0.00 |
| 12 | Glen Ellyn Storage Corporation | 28,475.25 | 0.00 | 0.00 |
| 13 | Jordon Ross & Rose | 39,683.96 | 0.00 | 0.00 |
| 14 | American Express Bank FSB | 40,753.31 | 0.00 | 0.00 |
| 15 | Digital Printing, Inc | 3,780.10 | 0.00 | 0.00 |
| 16 | James Taylor | 328,274.00 | 0.00 | 0.00 |
| 17 | Perry & June Taylor | 332,732.00 | 0.00 | 0.00 |
| 18 | Amy & John Taillon | 245,760.00 | 0.00 | 0.00 |
| 19 | Sasha K. Spinner | 368,703.00 | 0.00 | 0.00 |
| 20 | Donald L. Skrip | 367,203.00 | 0.00 | 0.00 |
| 21 | Series Legacy Dunes of the Wick Inv. | 328,742.00 | 0.00 | 0.00 |
| 22 | Series Dunes Investment of the PML | 293,385.00 | 0.00 | 0.00 |
| 23 | John J. Scurek & Mary Ellen Scurek | 323,274.00 | 0.00 | 0.00 |
| 24 | James J. Ritchhart | 320,774.00 | 0.00 | 0.00 |
| 25 | Donald L. & Ida Racquet | 636,549.00 | 0.00 | 0.00 |
| 26 | Richard W. & Shirley K. Pratt | 244,260.00 | 0.00 | 0.00 |
| 27 | Charles F. & Mary T. Wirth | 649,712.00 | 0.00 | 0.00 |
| 28 | Nobert Mandrek | 318,030.00 | 0.00 | 0.00 |
| 29 | Joseph L. & Karen M. Lubomski | 820,442.00 | 0.00 | 0.00 |
| 30 | Danuta & Tadeusz Katny | 360,935.00 | 0.00 | 0.00 |
| 31 | Thomas P. & Rita M. Kelly | 341,800.00 | 0.00 | 0.00 |
| 32 | Steven P. Kelly | 334,232.00 | 0.00 | 0.00 |
| 33 | Terry & Darlene Koeller | 367,203.00 | 0.00 | 0.00 |
| 34 | Alan C. Lovell | 379,703.00 | 0.00 | 0.00 |
| 35 | Michael & Teresa Johnson | 328,742.00 | 0.00 | 0.00 |
| 36 | James W. Fetzner Trust and | 312,930.00 | 0.00 | 0.00 |
| 37 | Peter & Amy Horn | 774,700.00 | 0.00 | 0.00 |
| 38 | Darlyen Hess | 874,680.00 | 0.00 | 0.00 |
| 39 | Jerome L. Harper | 235,900.00 | 0.00 | 0.00 |
| 40 | Sandra Griggs | 335,232.00 | 0.00 | 0.00 |
| 41 | Carl Gartland | 226,287.00 | 0.00 | 0.00 |
| 42 | Paul F. & Janet K. Fuscoe | 289,385.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 43 | Jason W. & Angela L. Evans | 272,500.00 | 0.00 | 0.00 |
| 44 | Roaslie E. Elkin | 226,287.00 | 0.00 | 0.00 |
| 45 | William G. & Beverly K. Ehlebracht | 312,930.00 | 0.00 | 0.00 |
| 46 | Douglas M. Holle Trust and Douglas | 312,930.00 | 0.00 | 0.00 |
| 47 | Robert J. & Maribeth P. Devereaux | 312,930.00 | 0.00 | 0.00 |
| 48 | Maryann Zaborsky | 370,115.00 | 0.00 | 0.00 |
| 49 | George & Vivienne R. Taylor | 289,385.00 | 0.00 | 0.00 |
| 50 | Helen Wilkinson | 384,703.00 | 0.00 | 0.00 |
| 51 | Paul E. & Ryuko Charapata | 406,315.00 | 0.00 | 0.00 |
| 52 | Ronald K. & Melinda E. Cockrum | 342,732.00 | 0.00 | 0.00 |
| 53 | Conrad Joseph Properties, Ltd. and | 377,300.00 | 0.00 | 0.00 |
| 54 | David J. Coyne | 680,464.00 | 0.00 | 0.00 |
| 55 | Doug Hart and DAD Assoc., Ltd. | 645,662.00 | 0.00 | 0.00 |
| 56 | Jim & Laurie Denning | 367,203.00 | 0.00 | 0.00 |
| 57 | Dennis & Cindy Dangerfield | 330,397.00 | 0.00 | 0.00 |
| 58 | Carl E. & Valerie A. Byer | 369,703.00 | 0.00 | 0.00 |
| 59 | Janina Cap | 315,480.00 | 0.00 | 0.00 |
| 60 | Daniel & Andrea Bonkowski | 332,732.00 | 0.00 | 0.00 |
| 61 | Margaret & Wayne Bartels & Trust # 301 | 369,703.00 | 0.00 | 0.00 |
| 62 | Javed & Darlene Aslam | 332,732.00 | 0.00 | 0.00 |
| 63 | Shirley M. & Ron Austin | 285,885.00 | 0.00 | 0.00 |
| 64 | Molia Anam | 286,885.00 | 0.00 | 0.00 |
| 65 | AnnaMarie Alunni | 227,787.00 | 0.00 | 0.00 |
| 66 | William S. Arnieri, Art Horn & | 403,900.00 | 0.00 | 0.00 |
| 67 | WHOI-TV (8293) | 2,240.00 | 0.00 | 0.00 |
| 68 | Albert A. & Connie Alunni | 563,000.00 | 0.00 | 0.00 |
| 69 | Frank & Stephanie Pisterzi | 630,200.00 | 0.00 | 0.00 |
| 70 | Keith D. & Lisa M. Olinger | 792,630.00 | 0.00 | 0.00 |
| 71 | Edith Marie Moran | 328,867.00 | 0.00 | 0.00 |
| 72 | James Marszalek | 329,800.00 | 0.00 | 0.00 |
| 73 | CBS RADIO INC. OF CHICAGO | 79,675.00 | 0.00 | 0.00 |
| 74 | Vanguard Archives LLC | 4,898.58 | 0.00 | 0.00 |
| 75 | IKON Financial Services | 34,323.66 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 77 | Prassas | 29,982.10 | 0.00 | 0.00 |
| 78 | Mark Baron C/O | 3,750.00 | 0.00 | 0.00 |
| 79 | National Union Fire Insurance Co. | 35,614.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $         0.00
Remaining balance:                                       $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 56,279.14 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 80 | Jill Moore | 0.00 | 0.00 | 0.00 |
| 81 | ABC Radio, Inc. of LA | 56,100.00 | 0.00 | 0.00 |
| 82U | Illinois Department of Revenue | 179.14 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $         0.00
Remaining balance:                                   $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for subordinated claims: $         0.00
Remaining balance:                        $         0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/EUGENE CRANE

Trustee

EUGENE CRANE  
135 S. LaSalle Street, #3705  
Chicago, IL 60603  
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                          Case No. 08-17416-JPC
The Mortgage Exchange, Inc.                                     Chapter 7
           Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: dpruitt             Page 1 of 4             Date Rcvd: Feb 11, 2016
                              Form ID: pdf006           Total Noticed: 149


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2016.
db           +The Mortgage Exchange, Inc.,    233 S. Wacker Drive Suite 4950,    Chicago, IL 60606-1900
12390043      ABC Radio, Inc of Los Angeles,    c/o Larence Law Firm,    4818 Main St, Suite 1,
               Lisle, IL 60532
13631270     +ABC Radio, Inc. of LA,    c/o Communications Credit Recovery,    100 Garden City Plaza,
               Suite 222,    Garden City, NY 11530-3207
12390051      ANET Internet Solutions,    75 Remittance Drive,    Suite 2895,    Chicago, IL 60675-2895
12390057     +AT&T Yellow Pages,    DEX-8519 Innovation Way,    Chicago, IL 60682-0001
12390044     +Admiral Mechanical Services,    4150 Litt Dr,    Hillside, IL 60162-1120
12390045     +Advanced Appraisal, LTD,    910 Skokie Blvd,    Suite 101,    Northbrook, IL 60062-4032
12899517     +Alan C. Lovell,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
               7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12899885     +Albert A. & Connie Alunni,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
               7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12390046      Allan Brachman,    204,    Palatine, IL 60067
12390047     +Allen J. Brachman CPA,    1 East Northwest Highway Suite 204,    Palatine, IL 60067-1700
12390049     +American Equity Investment,    PO Box 71216,    Des Moines, IA 50325-0216
12390050      American Express,    Box 0001,    Los Angeles, CA 90096-0001
12895804      American Express Bank FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12899369     +Amy & John Taillon,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
               7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12899858     +AnnaMarie Alunni,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
               7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12390052     +Answer Center America, Inc,    5532 N. Broadway Avenue,    Chicago, IL 60640-1406
12481404     +Anthony Crowe,    3044 West 47th Street,    Chicago, IL 60632-2544
12390053      Appraisal Services Group,    1013 E. Algonquin Rd,    Suite 116,    Schaumburg, IL 60173
12390054     +Aramark Refreshment Services,    1851 Howard St,    Suite F,    Elk Grove Village, IL 60007-2480
12390058      Biehl & Biehl, Inc,    PO Box 87410,    Carol Stream, IL 60188-7410
12390059     +Billing Solutions, Inc,    PO Box 1136,    Glenview, IL 60025-8136
12917639     +CBS RADIO INC. OF CHICAGO,    C/O SZABO aSSOCIATES, INC.,    3355 LENOX ROAD NE, 9TH FL.,
               ATLANTA, GA 30326-1394
12589399     +CDW Corporation,    c/o Receivable Management Services (RMS),    P O Box 5126,
               Timonium, Maryland 21094-5126
12390061      CDW Direct, LLC,    PO Box 75723,    Chicago, IL 60675-5723
12390060     +Campbell Real Estate Appraisals LTD,    5510 N. Isabell Ave,    Peoria, IL 61614-4134
12899750     +Carl E. & Valerie A. Byer,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
               7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12899545     +Carl Gartland,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
               7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12899444     +Charles F. & Mary T. Wirth,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
               7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12390062      Chicago Tribune,    PO Box 8685,    Chicago, IL 60680-8685
12390063     +Cimco Communications, Inc,    1901 S. Meyer Rd,    Suite 700,    Oakbrook Terrace, IL 60181-5211
12390064     +Coman & Anderson,    2525 Cabot Dr,    Suite 300,    Lisle, IL 60532-0916
12899668     +Conrad Joseph Properties, Ltd. and,    Thomas P & Michelle J. Jones,    Joel B. Rothman, Esq.,
               Seiden, Alder, et al.,    7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12390065     +Daily Herald,    PO Box 6000,    Carol Stream, IL 60197-6000
12899770     +Daniel & Andrea Bonkowski,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
               7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12390066     +Daniel J. Compan,    Corman & Anderson Pc>,    2525 Cabot Drive Suite 300,    Lisle, IL 60532-0916
12899453     +Danuta & Tadeusz Katny,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
               7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12899525     +Darlyen Hess,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
               7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12390067     +David Gilfand,    520 Lake Cook Road, Suite 310,    Deerfield, IL 60015-4926
12899670     +David J. Coyne,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
               7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12390068     +David Moeller Appraiser,    c/o Fleer, Moeller, Saunders & Asso,    1102 Main St,
               Bloomington, IL 61701-6754
12582337     +Debra A. Merijohn,    8061 Pickens Drive,    Orland Park, IL 60462-1660
12899737     +Dennis & Cindy Dangerfield,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
               7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12514559    #+Dennis A. Dressler, Esq.,    Dressler Peters, LLC,    111 West Washington Street, #1900,
               Chicago, IL 60602-2713
12390069     +Digital Printing, Inc,    5005 Chase Avenue,    Downers Grove, IL 60515-4014
12899435     +Donald L. & Ida Racquet,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
               7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12899371     +Donald L. Skrip,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
               7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12899708     +Doug Hart and DAD Assoc., Ltd.,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
               7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12899626     +Douglas M. Holle Trust and Douglas,    M. & Sue Holle, trustee,    Joel B. Rothman, Esq.,
               Seiden, Alder, et al.,    7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12900040     +Edith Marie Moran,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
               7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
```

```
District/off: 0752-1          User: dpruitt              Page 2 of 4                   Date Rcvd: Feb 11, 2016
                              Form ID: pdf006            Total Noticed: 149


12390070      +Expert Appraisals of Central Fl., Inc.,    10164 Pointview Ct.,    Orlando, FL 32836-6334
12900005      +Frank & Stephanie Pisterzi,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12899632      +George & Vivienne R. Taylor,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12895632       Glen Ellyn Storage Corporation,    c/o Edgerton & Edgerton,    Attorneys for creditor,
                125 Wood Street, P O Box 218,    West Chicago, IL 60186-0218
12390072      #Gneil,   PO Box 451179,    Fort Lauderdale, FL 33345-1179
12390073      +Goldman Sachs,    233 S. Wacker Drive,    Chicago, IL 60606-7147
12390074      +Goldman Sachs Attn Jamie Love,    85 Broad Street,    New York, NY 10004-2434
12390075       Grimm Brothers,    PO Box 9071,    Peoria, IL 61612-9071
12390077       HQ Global Workplaces,    7380 Sand Ladke Rd,    5th Floor,    Bell, FL 32619
12899646      +Helen Wilkinson,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12390076      +Highland Landmark,    14360 Collections Center Dr,    Chicago, IL 60693-0143
12431798       IKON Financial Services,    Bankruptcy Administration,    1738 Bass Road,    P O Box 13708,
                Macon, GA 31208-3708
12390079       Ikon Financial Services,    PO Box 9115,    Macon, GA 31208-9115
12390081       Ikon Office Solutions,    PO Box 802815,    Chicago, IL 60680-2815
12899434      +James J. Ritchhart,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12900083      +James Marszalek,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12899339      +James Taylor,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12899521      +James W. Fetzner Trust and,    Joanne & James Fetzner,    Joel B. Rothman, Esq.,
                Seiden, Alder, et al.,    7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12899769      +Janina Cap,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12899571      +Jason W. & Angela L. Evans,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12899816      +Javed & Darlene Aslam,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12899527      +Jerome L. Harper,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12390082      +Jill Moore,    c/o David Newby,    Johnson & Newby LLC,    39 S LaSalle Street, Suite 820,
                Chicago, IL 60603-1616
12899736      +Jim & Laurie Denning,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12899383      +John J. Scurek & Mary Ellen Scurek,    Joel B. Rothman, Esq.,    Seiden, Adler, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12390084      +Jordon Ross & Rose,    790 Frontage Rd,    Suite 230,    Northfield, IL 60093-1204
12899452      +Joseph L. & Karen M. Lubomski,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12390086      +KD Appraisals,    25317 Federal Circle,    Plainfield, IL 60544-2487
12900036      +Keith D. & Lisa M. Olinger,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12390087      +Landameruca Credit Services,    2 Concorse Pkwy, Suite 400,    Atlanta, GA 30328-8108
12390088      +Landsafe,    PO Box 650530,    Dallas, TX 75265-0530
12390090       MAS Appraisals,    1581 W. 49th Street, #317,    Dallas, TX 75265
12390092      +MGB Appraisals,    PO Box 278,    Downers Grove, IL 60515-0278
12390094      +MX Logic,    120 N Main Street,    Morton, IL 61550-2024
12390089      +Mannion Appraisals,    5533 W. 109th Street, Suite 103,    Oak Lawn, IL 60453-5058
12899815      +Margaret & Wayne Bartels & Trust # 301,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
13457529      +Mark Baron C/O,    Joseph Michelotti,    Michelotti & Associates, Ltd,
                1200 Jorie Blvd Suite 329,    Oak Brook, IL 60523-2283
12899630      +Maryann Zaborsky,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12390091       Matons Wheatley Appraisals,    1581 W. 49th Street,    #316,    Gainesville, FL 32604
12899519      +Michael & Teresa Johnson,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12899846      +Molia Anam,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12390093      +Morton Utilities,    120 N. Main Street,    Morton, IL 61550-2060
13466154      +National Union Fire Insurance Co.,    of Pittsburgh, Pa.,    c/o AIG Bankruptcy Collections,
                Michelle A. Levitt,    70 Pine Street, 28th Floor,    New York, NY 10270-0001
12899448      +Nobert Mandrek,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12390096      +Omnilec,    11939 MQNCHESTER rD,    sUITE 300,    Saint Louis, MO 63131-4502
12390097      +On Time Toner and Supplies,    11939 Manchester Rd,    Suite 270,    Saint Louis, MO 63131-4502
12899663      +Paul E. & Ryuko Charapata,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12899548      +Paul F. & Janet K. Fuscoe,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
                7795 NW Beacon Don Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12899368      +Perry & June Taylor,    Joel B. Rothman, Esq.,    Seiden, Adler, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12899523      +Peter & Amy Horn,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12390098      +Prassas,    C/O Couri and Couri,    552 Lincoln Avenue,    Winnetka, IL 60093-2353
```

```
District/off: 0752-1          User: dpruitt              Page 3 of 4                  Date Rcvd: Feb 11, 2016
                              Form ID: pdf006            Total Noticed: 149

12390099      +Premiere Global Services,    PO Box 404351,    San Francisco, CA 94145-0001
12390100       Prestige Credit Servces,    PO Box 648,    Morton, IL 61550-2892
12390101       Regus,    Los Angeles, CA 90045
12899439      +Richard W. & Shirley K. Pratt,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, Fl 33487-1394
12390103      +Rio Media,    3611 Aquarius Dr,    Huntington Beach, CA 92649-2502
12899575      +Roaslie E. Elkin,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12899627      +Robert J. & Maribeth P. Devereaux,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12899666      +Ronald K. & Melinda E. Cockrum,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12899544      +Sandra Griggs,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12899370      +Sasha K. Spinner,    Joel B. Rothman, Esq.,    Seiden, Alder et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Bacon Raton, FL 33487-1394
12390104      +Scotpress Printing,    5120 Thatcher Rd,    Downers Grove, IL 60515-4028
12899377      +Series Dunes Investment of the PML,    Enterprises, LLC and Andrew & Patricia,
                Mary Lobosco/ Joel B. Rothman, Esq.,     Seiden, Alder, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12899374      +Series Legacy Dunes of the Wick Inv.,    Properties, LLC and Russell Wick,
                Joel B. Rothman, Esq.,    Seiden, Alder, et al.,    7795 NW Beacon Square Blvd., Suite 201,
                Boca Raton, FL 33487-1394
12899818      +Shirley M. & Ron Austin,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12899478      +Steven P. Kelly,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12390106      +Szabo Associate, inc,    3355 Lenox Rd NE,    9th Floor,    Atlanta, GA 30326-1394
12390107      +TALX,    1845 Borman Ct,    Saint Louis, MO 63146-4173
12390109      +TG Unlimited,    3851 McCormick Ave,    Brookfield, IL 60513-1725
12390114      +TJ Copy,    PO Box 1078,    Dundee, IL 60118-7078
12390108       Tamco,    Wells Fargo Financing,    PO Box 6434,    Carol Stream, IL 60197-6434
12899479      +Terry & Darlene Koeller,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12390110      +Thaddues Cizma Consulting,    126 Prairie,    Westmont, IL 60559-1088
12390111      +The Chaet Kaplan Baim Firm,    30 North LaSalle St,    Suite 1520,    Chicago, IL 60602-3387
12390112      +The Law Office of Jock H. Rottner,    PO Box 10417,    Chicago, IL 60610-0417
12390113      +The Print Shop,    17 E. Center St,    Sandwich, IL 60548-1562
12899455      +Thomas P. & Rita M. Kelly,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12390115       Toshiba,    PO Box 740441,    Atlanta, GA 30374-0441
12390116      +Touchcom,    23 Crosby Dr,    Bedford, MA 01730-1423
12390117       TransUnion,    P.O. Box 99506,    Chicago, IL 60693-9506
12390118      +UPS,    Lock Box 577,    Carol Stream, IL 60132-0577
12390119       US99-April,    WUSN-FM 22521 Network PL,    Chicago, IL 60673-7225
12390120      +Vanguard Archives,    Slot A-94,    PO Box 66973,    Chicago, IL 60666-0973
12390122      +Verizon,    PO Box 25505,    Lehigh Valley, PA 18002-5505
12390121      +Verizon,    PO Box 101956,    Atlanta, GA 30392-1956
12677480      +Verizon Select Services, Inc.,    c/o Natalie G. Bannnister, CLA,    6929 North Lakewood Ave.,
                MD 5.4-317H,    Tulsa, OK 74117-1808
12899884      +WHOI-TV (8293),    c/o Szabo Associates, Inc.,    3355 Lenox Road NE, 9th Floor,
                Atlanta, GA 30326-1394
12390123       Walid Joseph Tamair,    Tamari & Bloomenthal LLC,    Chicago, IL 60603
12545502     #+Wells Fargo Financial Leasing, Inc.,    c/o Dennis A. Dressler,    Dressler & Peters, LLC,
                111 W. Washington, Suite 1900,    Chicago, IL 60602-2713
12390124       Who's Calling,    po Box 3675,    Cedar Rapids, IA 52404-3675
12390125      +Whoi TV,    500 N. Stewart Street,    Creve Coeur, IL 61610-3297
12899576      +William G. & Beverly K. Ehlebracht,    Joel B. Rothman, Esq.,    Seiden, Alder, et al.,
                7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12899865      +William S. Arnieri, Art Horn &,    AH Property Holdings, LLC.,    Joel B. Rothman, Esq.,
                Seiden, Alder, et al.,    7795 NW Beacon Square Blvd., Suite 201,    Boca Raton, FL 33487-1394
12390126       Yellowbook USA,    6300 C Street,    Cedar Rapids, IA 52404-7470

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12390056      +E-mail/Text: g17768@att.com Feb 12 2016 01:27:47     AT&T,    PO Box 8100,
                Aurora, IL 60507-8100
12390048       E-mail/Text: amerenilcredit@ameren.com Feb 12 2016 01:28:49      Ameren Cilco,    PO Box 66826,
                Saint Louis, MO 63166-6826
12867344      +E-mail/Text: amerenilcredit@ameren.com Feb 12 2016 01:28:49      AmerenCILCO,
                Credit and Collections,    2105 E State Route 104,    Pawnee, IL 62558-4681
12390058       E-mail/Text: rmckay@biehlcollects.com Feb 12 2016 01:30:11      Biehl & Biehl, Inc,
                PO Box 87410,    Carol Stream, IL 60188-7410
12390078      +E-mail/Text: bknotices@mbandw.com Feb 12 2016 01:29:09     IDEARC,
                c/o McCArthy, Burgess & Wolff,    26000 Cannon Rd,    Cleveland, OH 44146-1807
20686590       E-mail/Text: rev.bankruptcy@illinois.gov Feb 12 2016 01:28:32
                Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                Chicago, Illinois 60664-0338
                                                                                               TOTAL: 6
```

```
District/off: 0752-1               User: dpruitt               Page 4 of 4                  Date Rcvd: Feb 11, 2016
                                   Form ID: pdf006             Total Noticed: 149

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12390071          Fannie Mae
12390083          Joe Aldeguer
12390085          KABC
12390080*        +IKON Financial Services,    P.O. Box 9115,   Macon, GA 31208-9115
12390055       ##+Arch Telecom, Inc,    210 Barton Sorings Rd,    Suite 275,    Austin, TX 78704-1255
12390095       ##+Neopost,   PO Box 45822,    San Francisco, CA 94145-0822
12390102       ##+Rentacrate,    124 Prospect,    Waltham, MA 02453-8503
12390105       ##+Staples,   Dept 00-02245702,    PO Box 6721,   The Lakes, NV 88901-6721
                                                                                   TOTALS: 3, * 1, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 13, 2016                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2016 at the address(es) listed below:
              David A. Newby    on behalf of Creditor Jill   Moore dnewby@comananderson.com,
               lholub@comananderson.com
              Dennis A Dressler    on behalf of Creditor    Wells Fargo Financial Leasing, Inc.
               ddressler@dresslerpeters.com
              Eugene   Crane    on behalf of Trustee Eugene   Crane ecrane@craneheyman.com,
               il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
              Eugene   Crane    ecrane@craneheyman.com,
               il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
              Ira   Bodenstein    on behalf of Creditor    Vanguard Archives Inc ibodenstein@shawfishman.com,
               cowens@shawfishman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul M Bach    on behalf of Debtor 1    The Mortgage Exchange, Inc. paul@bachoffices.com,
               pnbach@bachoffices.com
              Vipin R Gandra    on behalf of Creditor    Vanguard Archives Inc vipingandra@yahoo.com
                                                                                             TOTAL: 8
```