# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: THE MORTGAGE EXCHANGE, INC. | § | Case No. 08-17416-H |
| | § | |
| EXCHANGE, THE FINANCIAL | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: _$16,500.00_          Assets Exempt:  _N/A_
*(without deducting any secured claims)*

Total Distribution to Claimants:_$7,000.00_          Claims Discharged
                                                      Without Payment: _N/A_

Total Expenses of Administration:_$14,734.89_

3)  Total gross receipts of $      21,734.89      (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $          0.00      (see **Exhibit 2**), yielded net receipts of  $21,734.89 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $7,000.00 | $7,000.00 | $7,000.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 45,084.90 | 45,084.90 | 14,734.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 41,897.83 | 12,928.58 | 12,928.58 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,630,694.93 | 22,706,318.27 | 22,706,318.27 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,672,592.76 | $22,771,331.75 | $22,771,331.75 | $21,734.89 |

4) This case was originally filed under Chapter 7 on July 07, 2008. The case was pending for 94 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/29/2016          By: /s/EUGENE CRANE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Harris bank checking accounts (3) | 1129-000 | 4,725.06 |
| 2004 Hummer Automobile | 1229-000 | 17,000.00 |
| Interest Income | 1270-000 | 9.83 |
| **TOTAL GROSS RECEIPTS** | | **$21,734.89** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vanguard Archives LLC | 4220-000 | N/A | 7,000.00 | 7,000.00 | 7,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$7,000.00** | **$7,000.00** | **$7,000.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 2,923.49 | 2,923.49 | 604.52 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 3,813.00 | 3,813.00 | 3,813.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 1,090.70 | 1,090.70 | 225.53 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 34,247.50 | 34,247.50 | 7,081.63 |
| American Auction Associates, Inc. | 3620-000 | N/A | 853.89 | 853.89 | 853.89 |
| Maureen Hayes Phillips | 3731-000 | N/A | 550.00 | 550.00 | 550.00 |
| International Sureties, Ltd. | 2300-000 | N/A | 9.40 | 9.40 | 9.40 |
| American Auction Associates, Inc. | 3620-000 | N/A | 599.08 | 599.08 | 599.08 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 6.40 | 6.40 | 6.40 |
| The Bank of New York Mellon | 2600-000 | N/A | 12.59 | 12.59 | 12.59 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 6.38 | 6.38 | 6.38 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.57 | 11.57 | 11.57 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 6.58 | 6.58 | 6.58 |
| Rabobank, N.A. | 2600-000 | N/A | 10.10 | 10.10 | 10.10 |
| Rabobank, N.A. | 2600-000 | N/A | 10.45 | 10.45 | 10.45 |
| Rabobank, N.A. | 2600-000 | N/A | 11.51 | 11.51 | 11.51 |
| Rabobank, N.A. | 2600-000 | N/A | 11.14 | 11.14 | 11.14 |
| Rabobank, N.A. | 2600-000 | N/A | 10.04 | 10.04 | 10.04 |
| Rabobank, N.A. | 2600-000 | N/A | 11.82 | 11.82 | 11.82 |
| Rabobank, N.A. | 2600-000 | N/A | 10.73 | 10.73 | 10.73 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.36 | 10.36 | 10.36 |
| Rabobank, N.A. | 2600-000 | N/A | 11.77 | 11.77 | 11.77 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.74 | 11.74 | 11.74 |
| Rabobank, N.A. | 2600-000 | N/A | 11.01 | 11.01 | 11.01 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 6.81 | 6.81 | 6.81 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.26 | 10.26 | 10.26 |
| Rabobank, N.A. | 2600-000 | N/A | 14.93 | 14.93 | 14.93 |
| Rabobank, N.A. | 2600-000 | N/A | 17.37 | 17.37 | 17.37 |
| Rabobank, N.A. | 2600-000 | N/A | 16.77 | 16.77 | 16.77 |
| Rabobank, N.A. | 2600-000 | N/A | 19.06 | 19.06 | 19.06 |
| Rabobank, N.A. | 2600-000 | N/A | 16.72 | 16.72 | 16.72 |
| Rabobank, N.A. | 2600-000 | N/A | 18.42 | 18.42 | 18.42 |
| Rabobank, N.A. | 2600-000 | N/A | 17.82 | 17.82 | 17.82 |
| Rabobank, N.A. | 2600-000 | N/A | 15.50 | 15.50 | 15.50 |
| Rabobank, N.A. | 2600-000 | N/A | 19.49 | 19.49 | 19.49 |
| Rabobank, N.A. | 2600-000 | N/A | 17.17 | 17.17 | 17.17 |
| Arthur B. Levine Company | 2300-000 | N/A | 8.40 | 8.40 | 8.40 |
| Rabobank, N.A. | 2600-000 | N/A | 16.00 | 16.00 | 16.00 |
| Rabobank, N.A. | 2600-000 | N/A | 18.25 | 18.25 | 18.25 |
| Rabobank, N.A. | 2600-000 | N/A | 17.08 | 17.08 | 17.08 |
| Rabobank, N.A. | 2600-000 | N/A | 16.49 | 16.49 | 16.49 |
| Rabobank, N.A. | 2600-000 | N/A | 18.17 | 18.17 | 18.17 |
| Rabobank, N.A. | 2600-000 | N/A | 17.58 | 17.58 | 17.58 |
| Rabobank, N.A. | 2600-000 | N/A | 16.41 | 16.41 | 16.41 |
| Rabobank, N.A. | 2600-000 | N/A | 18.09 | 18.09 | 18.09 |
| Rabobank, N.A. | 2600-000 | N/A | 16.93 | 16.93 | 16.93 |
| Rabobank, N.A. | 2600-000 | N/A | 16.35 | 16.35 | 16.35 |
| Rabobank, N.A. | 2600-000 | N/A | 18.58 | 18.58 | 18.58 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $45,084.90 | $45,084.90 | $14,734.89 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Anthony Crowe | 5300-000 | N/A | 500.00 | 500.00 | 0.00 |
| 3 | Debra A. Merijohn | 5300-000 | 3,756.32 | 7,000.00 | 7,000.00 | 0.00 |
| 76 | Debra A. Merijohn | 5300-000 | N/A | 5,419.75 | 5,419.75 | 0.00 |
| 82P | Illinois Department of Revenue | 5800-000 | N/A | 8.83 | 8.83 | 0.00 |
| NOTFILED | Adam Schwartz | 5200-000 | 623.28 | N/A | N/A | 0.00 |
| NOTFILED | Agnieszka Kosiba | 5200-000 | 975.00 | N/A | N/A | 0.00 |
| NOTFILED | Bill Davis | 5200-000 | 1,265.42 | N/A | N/A | 0.00 |
| NOTFILED | Carmen Aldeguer | 5200-000 | 773.50 | N/A | N/A | 0.00 |
| NOTFILED | Carolyn Suarez | 5200-000 | 639.73 | N/A | N/A | 0.00 |
| NOTFILED | Danial Azam | 5200-000 | 868.30 | N/A | N/A | 0.00 |
| NOTFILED | David Groenendal | 5200-000 | 465.18 | N/A | N/A | 0.00 |
| NOTFILED | Debra Brenner | 5200-000 | 1,246.55 | N/A | N/A | 0.00 |
| NOTFILED | Diana Paterno | 5200-000 | 1,223.29 | N/A | N/A | 0.00 |
| NOTFILED | Dlno Colao | 5200-000 | 796.40 | N/A | N/A | 0.00 |
| NOTFILED | Donald Jones | 5200-000 | 507.80 | N/A | N/A | 0.00 |
| NOTFILED | Edwin Castillo | 5200-000 | 559.38 | N/A | N/A | 0.00 |
| NOTFILED | Franslsca Roman | 5200-000 | 2,585.43 | N/A | N/A | 0.00 |
| NOTFILED | Gail Hasty | 5200-000 | 1,075.00 | N/A | N/A | 0.00 |
| NOTFILED | Glenn Sterling | 5200-000 | 875.00 | N/A | N/A | 0.00 |
| NOTFILED | Irene Sowinski | 5200-000 | 476.03 | N/A | N/A | 0.00 |
| NOTFILED | Janny Cornejo | 5200-000 | 303.10 | N/A | N/A | 0.00 |
| NOTFILED | Jason Park | 5200-000 | 1,829.71 | N/A | N/A | 0.00 |
| NOTFILED | Jesse Byrer | 5200-000 | 1,487.42 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Joan Mrowczynskl | 5200-000 | 544.80 | N/A | N/A | 0.00 |
| NOTFILED | Joanna Posada | 5200-000 | 1,143.88 | N/A | N/A | 0.00 |
| NOTFILED | Karen Mrowczynski | 5200-000 | 797.94 | N/A | N/A | 0.00 |
| NOTFILED | Kari Marx | 5200-000 | 591.94 | N/A | N/A | 0.00 |
| NOTFILED | Kathryn Moran | 5200-000 | 1,078.37 | N/A | N/A | 0.00 |
| NOTFILED | Kelly Walker | 5200-000 | 1,075.56 | N/A | N/A | 0.00 |
| NOTFILED | Kurt Roselle | 5200-000 | 693.65 | N/A | N/A | 0.00 |
| NOTFILED | Kyle Geistwhlte | 5200-000 | 282.96 | N/A | N/A | 0.00 |
| NOTFILED | Lee (Dolly) Blaze | 5200-000 | 743.45 | N/A | N/A | 0.00 |
| NOTFILED | Louis DiProspero | 5200-000 | 1,100.68 | N/A | N/A | 0.00 |
| NOTFILED | Marciael Quiriz | 5200-000 | 2,679.23 | N/A | N/A | 0.00 |
| NOTFILED | Martha Castro | 5200-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Melissa Virella | 5200-000 | 639.73 | N/A | N/A | 0.00 |
| NOTFILED | Misheel Joyce | 5200-000 | 507.80 | N/A | N/A | 0.00 |
| NOTFILED | Misty LaPat | 5200-000 | 1,209.24 | N/A | N/A | 0.00 |
| NOTFILED | Philip Blaze | 5200-000 | 425.25 | N/A | N/A | 0.00 |
| NOTFILED | Roger Anderson | 5200-000 | 2,866.08 | N/A | N/A | 0.00 |
| NOTFILED | Tabelha Roman | 5200-000 | 2,585.43 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $41,897.83 | $12,928.58 | $12,928.58 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Wells Fargo Financial Leasing, Inc. | 7100-000 | N/A | 291,746.05 | 291,746.05 | 0.00 |
| 4 | CDW Corporation | 7100-000 | N/A | 3,192.48 | 3,192.48 | 0.00 |
| 5 | Verizon Select Services, Inc. | 7100-000 | 39,031.37 | 45,893.82 | 45,893.82 | 0.00 |
| 6 | Expert Appraisals of Central Fl., Inc. | 7100-000 | 32,550.00 | 32,550.00 | 32,550.00 | 0.00 |
| 7 | On Time Toner and Supplies | 7100-000 | 3,068.00 | 1,528.53 | 1,528.53 | 0.00 |
| 8 | David Moeller Appraiser | 7100-000 | 275.00 | 275.00 | 275.00 | 0.00 |
| 9 | AmerenCILCO | 7100-000 | 189.89 | 178.69 | 178.69 | 0.00 |
| 10 | Cimco Communications, Inc | 7100-000 | 48,081.54 | 25,688.68 | 25,688.68 | 0.00 |
| 11 | Admiral Mechanical Services | 7100-000 | 4,003.92 | 5,083.92 | 5,083.92 | 0.00 |
| 12 | Glen Ellyn Storage Corporation | 7100-000 | N/A | 28,475.25 | 28,475.25 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | Jordon Ross & Rose | 7100-000 | 354,430.40 | 39,683.96 | 39,683.96 | 0.00 |
| 14 | American Express Bank FSB | 7100-000 | 38,421.00 | 40,753.31 | 40,753.31 | 0.00 |
| 15 | Digital Printing, Inc | 7100-000 | 1,613.80 | 3,780.10 | 3,780.10 | 0.00 |
| 16 | James Taylor | 7100-000 | N/A | 328,274.00 | 328,274.00 | 0.00 |
| 17 | Perry & June Taylor | 7100-000 | N/A | 332,732.00 | 332,732.00 | 0.00 |
| 18 | Amy & John Taillon | 7100-000 | N/A | 245,760.00 | 245,760.00 | 0.00 |
| 19 | Sasha K. Spinner | 7100-000 | N/A | 368,703.00 | 368,703.00 | 0.00 |
| 20 | Donald L. Skrip | 7100-000 | N/A | 367,203.00 | 367,203.00 | 0.00 |
| 21 | Series Legacy Dunes of the Wick Inv. | 7100-000 | N/A | 328,742.00 | 328,742.00 | 0.00 |
| 22 | Series Dunes Investment of the PML | 7100-000 | N/A | 293,385.00 | 293,385.00 | 0.00 |
| 23 | John J. Scurek & Mary Ellen Scurek | 7100-000 | N/A | 323,274.00 | 323,274.00 | 0.00 |
| 24 | James J. Ritchhart | 7100-000 | N/A | 320,774.00 | 320,774.00 | 0.00 |
| 25 | Donald L. & Ida Racquet | 7100-000 | N/A | 636,549.00 | 636,549.00 | 0.00 |
| 26 | Richard W. & Shirley K. Pratt | 7100-000 | N/A | 244,260.00 | 244,260.00 | 0.00 |
| 27 | Charles F. & Mary T. Wirth | 7100-000 | N/A | 649,712.00 | 649,712.00 | 0.00 |
| 28 | Nobert Mandrek | 7100-000 | N/A | 318,030.00 | 318,030.00 | 0.00 |
| 29 | Joseph L. & Karen M. Lubomski | 7100-000 | N/A | 820,442.00 | 820,442.00 | 0.00 |
| 30 | Danuta & Tadeusz Katny | 7100-000 | N/A | 360,935.00 | 360,935.00 | 0.00 |
| 31 | Thomas P. & Rita M. Kelly | 7100-000 | N/A | 341,800.00 | 341,800.00 | 0.00 |
| 32 | Steven P. Kelly | 7100-000 | N/A | 334,232.00 | 334,232.00 | 0.00 |
| 33 | Terry & Darlene Koeller | 7100-000 | N/A | 367,203.00 | 367,203.00 | 0.00 |
| 34 | Alan C. Lovell | 7100-000 | N/A | 379,703.00 | 379,703.00 | 0.00 |
| 35 | Michael & Teresa Johnson | 7100-000 | N/A | 328,742.00 | 328,742.00 | 0.00 |
| 36 | James W. Fetzner Trust and | 7100-000 | N/A | 312,930.00 | 312,930.00 | 0.00 |
| 37 | Peter & Amy Horn | 7100-000 | N/A | 774,700.00 | 774,700.00 | 0.00 |
| 38 | Darlyen Hess | 7100-000 | N/A | 874,680.00 | 874,680.00 | 0.00 |
| 39 | Jerome L. Harper | 7100-000 | N/A | 235,900.00 | 235,900.00 | 0.00 |
| 40 | Sandra Griggs | 7100-000 | N/A | 335,232.00 | 335,232.00 | 0.00 |
| 41 | Carl Gartland | 7100-000 | N/A | 226,287.00 | 226,287.00 | 0.00 |
| 42 | Paul F. & Janet K. Fuscoe | 7100-000 | N/A | 289,385.00 | 289,385.00 | 0.00 |
| 43 | Jason W. & Angela L. Evans | 7100-000 | N/A | 272,500.00 | 272,500.00 | 0.00 |
| 44 | Roaslie E. Elkin | 7100-000 | N/A | 226,287.00 | 226,287.00 | 0.00 |
| 45 | William G. & Beverly K. Ehlebracht | 7100-000 | N/A | 312,930.00 | 312,930.00 | 0.00 |
| 46 | Douglas M. Holle Trust and Douglas | 7100-000 | N/A | 312,930.00 | 312,930.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | Robert J. & Maribeth P. Devereaux | 7100-000 | N/A | 312,930.00 | 312,930.00 | 0.00 |
| 48 | Maryann Zaborsky | 7100-000 | N/A | 370,115.00 | 370,115.00 | 0.00 |
| 49 | George & Vivienne R. Taylor | 7100-000 | N/A | 289,385.00 | 289,385.00 | 0.00 |
| 50 | Helen Wilkinson | 7100-000 | N/A | 384,703.00 | 384,703.00 | 0.00 |
| 51 | Paul E. & Ryuko Charapata | 7100-000 | N/A | 406,315.00 | 406,315.00 | 0.00 |
| 52 | Ronald K. & Melinda E. Cockrum | 7100-000 | N/A | 342,732.00 | 342,732.00 | 0.00 |
| 53 | Conrad Joseph Properties, Ltd. and | 7100-000 | N/A | 377,300.00 | 377,300.00 | 0.00 |
| 54 | David J. Coyne | 7100-000 | N/A | 680,464.00 | 680,464.00 | 0.00 |
| 55 | Doug Hart and DAD Assoc., Ltd. | 7100-000 | N/A | 645,662.00 | 645,662.00 | 0.00 |
| 56 | Jim & Laurie Denning | 7100-000 | N/A | 367,203.00 | 367,203.00 | 0.00 |
| 57 | Dennis & Cindy Dangerfield | 7100-000 | N/A | 330,397.00 | 330,397.00 | 0.00 |
| 58 | Carl E. & Valerie A. Byer | 7100-000 | N/A | 369,703.00 | 369,703.00 | 0.00 |
| 59 | Janina Cap | 7100-000 | N/A | 315,480.00 | 315,480.00 | 0.00 |
| 60 | Daniel & Andrea Bonkowski | 7100-000 | N/A | 332,732.00 | 332,732.00 | 0.00 |
| 61 | Margaret & Wayne Bartels & Trust # 301 | 7100-000 | N/A | 369,703.00 | 369,703.00 | 0.00 |
| 62 | Javed & Darlene Aslam | 7100-000 | N/A | 332,732.00 | 332,732.00 | 0.00 |
| 63 | Shirley M. & Ron Austin | 7100-000 | N/A | 285,885.00 | 285,885.00 | 0.00 |
| 64 | Molia Anam | 7100-000 | N/A | 286,885.00 | 286,885.00 | 0.00 |
| 65 | AnnaMarie Alunni | 7100-000 | N/A | 227,787.00 | 227,787.00 | 0.00 |
| 66 | William S. Arnieri, Art Horn & | 7100-000 | N/A | 403,900.00 | 403,900.00 | 0.00 |
| 67 | WHOI-TV (8293) | 7100-000 | 2,240.00 | 2,240.00 | 2,240.00 | 0.00 |
| 68 | Albert A. & Connie Alunni | 7100-000 | N/A | 563,000.00 | 563,000.00 | 0.00 |
| 69 | Frank & Stephanie Pisterzi | 7100-000 | N/A | 630,200.00 | 630,200.00 | 0.00 |
| 70 | Keith D. & Lisa M. Olinger | 7100-000 | N/A | 792,630.00 | 792,630.00 | 0.00 |
| 71 | Edith Marie Moran | 7100-000 | N/A | 328,867.00 | 328,867.00 | 0.00 |
| 72 | James Marszalek | 7100-000 | N/A | 329,800.00 | 329,800.00 | 0.00 |
| 73 | CBS RADIO INC. OF CHICAGO | 7100-000 | N/A | 79,675.00 | 79,675.00 | 0.00 |
| 74 | Vanguard Archives LLC | 7100-000 | 3,757.74 | 4,898.58 | 4,898.58 | 0.00 |
| 75 | IKON Financial Services | 7100-000 | 14,749.75 | 34,323.66 | 34,323.66 | 0.00 |
| 77 | Prassas | 7100-000 | 12,797.06 | 29,982.10 | 29,982.10 | 0.00 |
| 78 | Mark Baron C/O | 7100-000 | N/A | 3,750.00 | 3,750.00 | 0.00 |
| 79 | National Union Fire Insurance Co. | 7100-000 | N/A | 35,614.00 | 35,614.00 | 0.00 |
| 80 | Jill Moore | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| 81 | ABC Radio, Inc. of LA | 7200-000 | 56,000.00 | 56,100.00 | 56,100.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| 82U | Illinois Department of Revenue | 7200-000 | N/A | 179.14 | 179.14 | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Advanced Appraisal, LTD | 7100-000 | 5,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Allan Brachman | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Allen J. Brachman CPA | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | American Equity Investment | 7100-000 | 26,019.83 | N/A | N/A | 0.00 |
| NOTFILED | ANET Internet Solutions | 7100-000 | 1,125.00 | N/A | N/A | 0.00 |
| NOTFILED | Answer Center America, Inc | 7100-000 | 360.50 | N/A | N/A | 0.00 |
| NOTFILED | Appraisal Services Group | 7100-000 | 24,775.00 | N/A | N/A | 0.00 |
| NOTFILED | Aramark Refreshment Services | 7100-000 | 823.88 | N/A | N/A | 0.00 |
| NOTFILED | Arch Telecom, Inc | 7100-000 | 150.43 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 264.24 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 256.52 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 173.44 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 275.84 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 164.80 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Yellow Pages | 7100-000 | 199.34 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Yellow Pages | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bayrock Mortgage | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Billing Solutions, Inc | 7100-000 | 61.65 | N/A | N/A | 0.00 |
| NOTFILED | CABC Commercial Lender | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Campbell Real Estate Appraisals L TO | 7100-000 | 265.00 | N/A | N/A | 0.00 |
| NOTFILED | COW Direct, LLC | 7100-000 | 3,192.48 | N/A | N/A | 0.00 |
| NOTFILED | COW Direct, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chicago Tribune | 7200-000 | 745.00 | N/A | N/A | 0.00 |
| NOTFILED | Colonial National Mortgage | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Coman & Anderson | 7100-000 | 75,034.02 | N/A | N/A | 0.00 |
| NOTFILED | Daily Herald | 7100-000 | 1,896.00 | N/A | N/A | 0.00 |
| NOTFILED | David Gilfand | 7100-000 | 18,715.12 | N/A | N/A | 0.00 |
| NOTFILED | Fannie Mae | 7100-000 | 660.00 | N/A | N/A | 0.00 |
| NOTFILED | Gnell | 7100-000 | 94.99 | N/A | N/A | 0.00 |
| NOTFILED | Goldman Sachs | 7100-000 | 102,517.59 | N/A | N/A | 0.00 |
| NOTFILED | Grimm Brothers | 7100-000 | 37.01 | N/A | N/A | 0.00 |
| NOTFILED | Guaranteed Rate | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Hartford | 7100-000 | 6,998.60 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Heatland Wholesale | 7100-000 | unknown | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Henrickson | 7100-000 | 28,049.00 | N/A | N/A | 0.00 |
| NOTFILED | Highland Landmark | 7100-000 | 3,204.13 | N/A | N/A | 0.00 |
| NOTFILED | Home Lenders of America | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HQ Global Workplaces | 7100-000 | 4,000.57 | N/A | N/A | 0.00 |
| NOTFILED | ICON Residental Capital | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | IDEARC c/o McCArthy, Burgess & Wolff | 7100-000 | 8,294.39 | N/A | N/A | 0.00 |
| NOTFILED | Ikon Office Solutions | 7100-000 | 5,600.00 | N/A | N/A | 0.00 |
| NOTFILED | KABC c/o Biehl & Biehl | 7100-000 | 56,100.00 | N/A | N/A | 0.00 |
| NOTFILED | KD Appraisals | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | KL Electric | 7100-000 | 4,475.00 | N/A | N/A | 0.00 |
| NOTFILED | Landameruca Credit Services | 7100-000 | 186.08 | N/A | N/A | 0.00 |
| NOTFILED | Landsafe | 7100-000 | 352.00 | N/A | N/A | 0.00 |
| NOTFILED | Mannion Appraisals | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Mary Prince-Sevance C/O Lloyd Brooks | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MAS Appraisals | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Matons WheaUey Appraisals | 7100-000 | 4,515.00 | N/A | N/A | 0.00 |
| NOTFILED | MGB Appraisals | 7100-000 | 2,350.00 | N/A | N/A | 0.00 |
| NOTFILED | Morton Utilities | 7100-000 | 70.62 | N/A | N/A | 0.00 |
| NOTFILED | MX Logic | 7100-000 | 101.20 | N/A | N/A | 0.00 |
| NOTFILED | Nations Home Lending | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Neopost | 7100-000 | 505.40 | N/A | N/A | 0.00 |
| NOTFILED | Omnllec | 7100-000 | 504.50 | N/A | N/A | 0.00 |
| NOTFILED | Premiere Global Services | 7100-000 | 527.62 | N/A | N/A | 0.00 |
| NOTFILED | Prestige Credit Servces | 7100-000 | 8,705.00 | N/A | N/A | 0.00 |
| NOTFILED | Regus | 7100-000 | 397.00 | N/A | N/A | 0.00 |
| NOTFILED | Rentacrate | 7100-000 | 2,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Rex High Vollage Electric | 7100-000 | 12,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Rex Low Vollage Electric | 7100-000 | 11,364.75 | N/A | N/A | 0.00 |
| NOTFILED | Rio Media | 7100-000 | 218,100.00 | N/A | N/A | 0.00 |
| NOTFILED | S.Francis Mortgage | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Scotpress Printing | 7100-000 | 11,427.11 | N/A | N/A | 0.00 |
| NOTFILED | Staples | 7100-000 | 3,836.19 | N/A | N/A | 0.00 |
| NOTFILED | TALX | 7100-000 | 834.90 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Tamco | 7100-000 | 40,142.00 | N/A | N/A | 0.00 |
| NOTFILED | TG Unlimited | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | Thaddues Cizma Consulting | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | The Print Shop | 7100-000 | 66.05 | N/A | N/A | 0.00 |
| NOTFILED | Thornburg Mortgage | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | TJ Copy | 7100-000 | 1,535.00 | N/A | N/A | 0.00 |
| NOTFILED | Toshiba | 7100-000 | 479.00 | N/A | N/A | 0.00 |
| NOTFILED | Touchcom | 7100-000 | 8,312.11 | N/A | N/A | 0.00 |
| NOTFILED | TransUnion | 7100-000 | 2,448.55 | N/A | N/A | 0.00 |
| NOTFILED | Turner Construction | 7100-000 | 160,140.00 | N/A | N/A | 0.00 |
| NOTFILED | United Wholesale Mortgage | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Universal Mortgage | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | UPS | 7100-000 | 503.96 | N/A | N/A | 0.00 |
| NOTFILED | US99-April | 7100-000 | 79,675.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon | 7100-000 | 39,031.37 | N/A | N/A | 0.00 |
| NOTFILED | Verizon | 7100-000 | 1,395.64 | N/A | N/A | 0.00 |
| NOTFILED | Walid Joseph Tamair / Tamari & Bloomenthal LLC | 7100-000 | 11,157.37 | N/A | N/A | 0.00 |
| NOTFILED | Who's Calling | 7100-000 | 6,605.59 | N/A | N/A | 0.00 |
| NOTFILED | Yeliowbook USA | 7100-000 | 1,537.08 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,630,694.93 | $22,706,318.27 | $22,706,318.27 | $0.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 08-17416-H | **Trustee:** (330350) EUGENE CRANE |
| **Case Name:** THE MORTGAGE EXCHANGE, INC. | **Filed (f) or Converted (c):** 07/07/08 (f) |
| | **§341(a) Meeting Date:** 08/04/08 |
| **Period Ending:** 04/29/16 | **Claims Bar Date:** 01/28/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Harris bank checking accounts (3) | 500.00 | 5,000.00 | | 4,725.06 | FA |
| 2 | Midwest Bank line of credit | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Art and decor at office | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4 | Pension Plans and Profit Sharing | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Interest in Real Estate Investment Group | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Accounts receivable - Ladner Second Mortgage | 7,500.00 | 7,500.00 | | 0.00 | FA |
| 7 | Current Active Clientele | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 8 | Various mortgage licenses | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Loan log of all clientele | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Office Supplies | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 11 | Office Equipment (computers etc) | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 12 | 2004 Hummer Automobile (u) | 0.00 | 0.00 | | 17,000.00 | FA |
| 13 | Phone equipment - Alcatel system (u) | Unknown | 100.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 9.83 | FA |
| 14 | **Assets    Totals** (Excluding unknown values) | **$17,000.00** | **$21,600.00** | | **$21,734.89** | **$0.00** |

### Major Activities Affecting Case Closing:

09/01/15: Motion heard regarding abandonment of tangible assets; order was entered (dk)

06/30/15: Associated lawsuit attorney did forensic imaging found emails on server will investigate (dk)

03/31/2015: Trustee in the Aldegueur (principal of TME) BK filed a report of no assets.  Will prepare this case for closing (dk)

12/31/2014: Investigation into the Financial Exchange continues (dk)

02/08/2016: TFR filed with Court; hearing on 03/17, J-Cox (dk)

01/21/2016: Last Claim objection heard; TFR submitted to USTO for review (dk)

09/01/15: Motion heard regarding abandonment of tangible assets; order was entered (dk)

06/30/15: Associated lawsuit attorney did forensic imaging found emails on server will investigate (dk)

03/31/2015: Trustee in the Aldeguer (principal of TME) BK filed a report of no assets.  Will prepare this case for closing (dk)

12/31/2014: Investigation into the Financial Exchange continues (dk)

05/27/2014: Trustee needs to take a 2004 examination of the principal.  The Trustee in the Aldeguer case, Karen Goodman,  have agreed with the UST to keep this case open and take a 2004 exam of the principal, Joseph Aldeguer, as previously stated.

04/30/2014: Joseph Aldeguer, principal of Mortgage Exchange, filed personal bk; will confer with Karen Goodman about 2004 exams to discover undisclosed assets.(dk)

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number:  08-17416-H | Trustee:  (330350)  EUGENE CRANE |
| Case Name:  THE MORTGAGE EXCHANGE, INC. | Filed (f) or Converted (c):  07/07/08 (f) |
| | §341(a) Meeting Date:  08/04/08 |
| Period Ending: 04/29/16 | Claims Bar Date:  01/28/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)  Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Trustee filed a motion to extend time to object to discharge in that case and also requested to be added as a creditor.

02/25/2014: Bank funds from Harris bank to be turned over to Trustee.  After receipt will close case (dk)

12/30/2013: There is no value for domain name, will abandon (dk)

03/31/2013: There may be a buyer for runawaybeach club domain name etc. (dk)

06/15: File MT to destroy books and records; following up on credit card and bank accounts still open

05/30/11: Forensic research continues.

12/30/10: Forensic research re: possible double books on servers (dk)

03/21/2009: Debtor's vehicle and other property sold at auction (dk)

02/19/2009: Don Dodge hired by order of court to conduct sale of assets.

01/19/2009: Looking for buyer for Debtor's Hummer and servers.

11/23/2008: Ltr sent to Harris Bank for turnover funds; called Debtor's atty for info on bank accounts

Subpoena's sent for insurance information to be rec'd by 11/3.

| | | |
|---|---|---|
| Initial Projected Date Of Final Report (TFR):     February 28, 2010 | Current Projected Date Of Final Report (TFR):     February 8, 2016  (Actual) | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** | 08-17416-H |
| **Case Name:** | THE MORTGAGE EXCHANGE, INC. |
| **Taxpayer ID #:** | **-***5801 |
| **Period Ending:** | 04/29/16 |

| | |
|---|---|
| **Trustee:** | EUGENE CRANE (330350) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****30-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/03/09 | {12} | American Auction Associates, Inc. | Proceeds from sale of Hummer automobile | 1229-000 | 17,000.00 | | 17,000.00 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.55 | | 17,000.55 |
| 05/13/09 | 1001 | American Auction Associates, Inc. | Reimbursement of Expenses for Auction Sale of Hummer Automobile | 3620-000 | | 853.89 | 16,146.66 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.66 | | 16,147.32 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 16,148.02 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.68 | | 16,148.70 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.68 | | 16,149.38 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.65 | | 16,150.03 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.65 | | 16,150.68 |
| 11/03/09 | 1002 | Vanguard Archives LLC | Reimbursement for Destruction of Books and Records per court order | 4220-000 | | 7,000.00 | 9,150.68 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.48 | | 9,151.16 |
| 12/09/09 | 1003 | Maureen Hayes Phillips | ASSET ANALYSIS & RECOVERY | 3731-000 | | 550.00 | 8,601.16 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 8,601.53 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.33 | | 8,601.86 |
| 02/08/10 | 1004 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2009 FOR CASE #08-17416, Bond #016026455 | 2300-000 | | 9.40 | 8,592.46 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 8,592.78 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 8,593.16 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.05 | | 8,593.21 |
| 04/06/10 | | Wire out to BNYM account **********3065 | Wire out to BNYM account **********3065 | 9999-000 | -8,593.21 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 8,413.29 | 8,413.29 | $0.00 |
| Less: Bank Transfers | -8,593.21 | 0.00 | |
| **Subtotal** | 17,006.50 | 8,413.29 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$17,006.50** | **$8,413.29** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-17416-H  
**Case Name:** THE MORTGAGE EXCHANGE, INC.  

**Taxpayer ID #:** **-***5801  
**Period Ending:** 04/29/16  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******30-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******3065 | Wire in from JPMorgan Chase Bank, N.A. account *******3065 | 9999-000 | 8,593.21 | | 8,593.21 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.41 | | 8,593.62 |
| 05/10/10 | 11005 | American Auction Associates, Inc. | Payment of Expenses - move out computer | 3620-000 | | 599.08 | 7,994.54 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.49 | | 7,995.03 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.46 | | 7,995.49 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.48 | | 7,995.97 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.47 | | 7,996.44 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,996.50 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,996.56 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,996.62 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,996.68 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,996.74 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,996.80 |
| 02/28/11 | 11006 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #08-17416, ~ Blanket Bond #016026455 | 2300-000 | | ! 6.40 | 7,990.40 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,990.46 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,990.52 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,990.58 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,990.64 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,990.70 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 12.59 | 7,978.11 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,978.17 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,953.17 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,953.23 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,928.23 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,928.29 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,903.29 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,903.35 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,878.35 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,878.41 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,853.41 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,853.47 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,828.47 |
| 02/28/12 | 11007 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE | 2300-000 | | 6.38 | 7,822.09 |

|  | | | Subtotals : | | $8,596.54 | $774.45 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 08-17416-H |
| **Case Name:** | THE MORTGAGE EXCHANGE, INC. |
| **Taxpayer ID #:** | **-***5801 |
| **Period Ending:** | 04/29/16 |

| | |
|---|---|
| **Trustee:** | EUGENE CRANE (330350) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | ****.******30-65 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #08-17416, Blanket Bond Premium; Bond #016026455 | | | | |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,797.09 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,772.09 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,747.09 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,722.09 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,697.09 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,672.09 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,647.09 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,622.09 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,597.09 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,572.09 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,547.09 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033035088 20130103 | 9999-000 | | 7,547.09 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 8,596.54 | 8,596.54 | $0.00 |
| Less: Bank Transfers | 8,593.21 | 7,547.09 | |
| **Subtotal** | 3.33 | 1,049.45 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3.33** | **$1,049.45** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-17416-H | **Trustee:** EUGENE CRANE (330350) |
| **Case Name:** THE MORTGAGE EXCHANGE, INC. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******0565 - Checking Account |
| **Taxpayer ID #:** **-***5801 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 04/29/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 7,547.09 | | 7,547.09 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.57 | 7,535.52 |
| 02/07/13 | 21008 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #08-17416, Blanket Bond Premium, Bond # 016026455 | 2300-000 | | 6.58 | 7,528.94 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.10 | 7,518.84 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.45 | 7,508.39 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.51 | 7,496.88 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.14 | 7,485.74 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.04 | 7,475.70 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.82 | 7,463.88 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.73 | 7,453.15 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.36 | 7,442.79 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.77 | 7,431.02 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,421.02 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.74 | 7,409.28 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.01 | 7,398.27 |
| 02/05/14 | 21009 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2013 FOR CASE #08-17416, Blanket Bond Premium, Bond#016026455 | 2300-000 | | 6.81 | 7,391.46 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,381.46 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.26 | 7,371.20 |
| 04/11/14 | {1} | BMO Harris Bank | Liquidation of Harris Bank Accounts | 1129-000 | 4,725.06 | | 12,096.26 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.93 | 12,081.33 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.37 | 12,063.96 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.77 | 12,047.19 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.06 | 12,028.13 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.72 | 12,011.41 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.42 | 11,992.99 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.82 | 11,975.17 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.50 | 11,959.67 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.49 | 11,940.18 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.17 | 11,923.01 |
| 02/19/15 | 21010 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON BANK | 2300-000 | | 8.40 | 11,914.61 |

| | | | | Subtotals : | $12,272.15 | $357.54 | |

{} Asset reference(s)

Printed: 04/29/2016 10:54 AM    V.13.25

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-17416-H | **Trustee:** EUGENE CRANE (330350) |
| **Case Name:** THE MORTGAGE EXCHANGE, INC. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******0565 - Checking Account |
| **Taxpayer ID #:** **-***5801 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 04/29/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 12/31/2014 FOR CASE #08-17416, Bond # 10BSBGR6291 | | | | |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.00 | 11,898.61 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.25 | 11,880.36 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.08 | 11,863.28 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.49 | 11,846.79 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.17 | 11,828.62 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.58 | 11,811.04 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.41 | 11,794.63 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.09 | 11,776.54 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.93 | 11,759.61 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.35 | 11,743.26 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.58 | 11,724.68 |
| 03/17/16 | 21011 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $3,813.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 3,813.00 | 7,911.68 |
| 03/17/16 | 21012 | EUGENE CRANE | Dividend paid  20.67% on $2,923.49, Trustee Compensation;  Reference: | 2100-000 | | 604.52 | 7,307.16 |
| 03/17/16 | 21013 | Crane, Heyman, Simon, Welch & Clar | Dividend paid  20.67% on $1,090.70, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 225.53 | 7,081.63 |
| 03/17/16 | 21014 | Crane, Heyman, Simon, Welch & Clar | Dividend paid  20.67% on $34,247.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 7,081.63 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 12,272.15 | 12,272.15 | $0.00 |
| | | | Less: Bank Transfers | | 7,547.09 | 0.00 | |
| | | | **Subtotal** | | **4,725.06** | **12,272.15** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,725.06** | **$12,272.15** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case Number: | 08-17416-H | | Trustee: | EUGENE CRANE (330350) |
| Case Name: | THE MORTGAGE EXCHANGE, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******0565 - Checking Account |
| Taxpayer ID #: | **-***5801 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/29/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts : | 21,734.89 |
| | Net Estate : | $21,734.89 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****30-65 | 17,006.50 | 8,413.29 | 0.00 |
| Checking # ****-******30-65 | 3.33 | 1,049.45 | 0.00 |
| Checking # ******0565 | 4,725.06 | 12,272.15 | 0.00 |
| | $21,734.89 | $21,734.89 | $0.00 |

{} Asset reference(s)

Printed: 04/29/2016 10:54 AM    V.13.25